UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
Diamondhead Casino Corporation )    Chapter 7 Involuntary
 )    Case No 15-11647
Alleged Debtor, )
 )

## JOINDER TO INVOLUNTARY CHAPTER 7 BANKRUPTCY PETITION

The undersigned, a creditor (the "Joining Creditor" of alleged debtor Diamondhead Casino Coporation hereby joins as a petitioning creditor in the Involuntary Petition filed herein on August 6th, 2015 (the involuntary petition)

Creditor Name:        Robert F Skaff Jr

Street address:       171 Woodland Road

City, State and Zip:  Hampton NH 03842

Amount of Claim       $62,500.00 + interest (approximately 80,000)

Nature of claim:      Note in default

The Joining Creditor refers to and makes part of the joinder each and every allegation of the involuntary petition as may concern the Debtor and the joining of the creditors above-stated claim.

**WHEREFORE,** Petitioner Joins in the payer that an Order for Relief be entered against the Debtor pursuant to chapter 7 of title 11 of the United States Code.

CREDITOR SIGNATORY:

By: _____

Printed Name  Robert F Skaff Jr

Title  Individual

E-mail:  robskaff@gmail.com

Date:  9-4-15

September 1, 2015

To whom it may concern

This letter is to inform the court that I own similar notes in default as described in case number 15-11647 regarding Diamondhead Casino Corporation. My notes are for 62.5K plus interest. I have calculated the total to be approximately $80,000.00 US Dollars.

While some of the original petitioners emailed or spoke to the company's chairman and only received a sarcastic response " I have one too." I demanded this note in writing and received a formal response.

In response to my written demand the company tried to force me to accept the company's stock that does not trade and the value is unknown. My original notes were done in good faith to do things like "rescue the company" or "prepare the company for a sale/joint venture."

Days after the company's proposal to me an opinion surfaced in the public domain. As a layperson reading this it appears to me that least one judge finds stock payment as a forced "automatic" option unacceptable. He also writes "the Court will not play with their dice." (http://courts.delaware.gov/opinions/download.aspx?ID=228020)

I wish to join as an additional petitioner in case 15-11647.

Please send all correspondence to me via email at robskaff@gmail.com or by standard mail using the address   Robert Skaff
        DiNotte Lighting
        1 Merrill Drive  Unit 10
        Hampton NH, 03842

Kind regards,

Robert F Skaff Jr.