UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
Diamondhead Casino Corporation )
) Chapter 7 Involuntary
) Case No 15-11647
Alleged Debtor, )
)

## JOINDER TO INVOLUNTARY CHAPTER 7 BANKRUPTCY PETITION

The undersigned, a creditor (the "Joining Creditor" of alleged debtor Diamondhead Casino Coporation hereby joins as a petitioning creditor in the Involuntary Petition filed herein on August 6th. 2015 (the involuntary petition)

Creditor Name: DAVID J. TOWNER

Street address: 5 RUNAWIT RD.

City, State and Zip: EXETER, NH 03833

Amount of Claim: $32,372.60

Nature of claim:   **Note in default**

The Joining Creditor refers to and makes part of the joinder each and every allegation of the involuntary petition as may concern the Debtor and the joining of the creditors above-stated claim.

**WHEREFORE,** Petitioner Joins in the payer that an Order for Relief be entered against the Debtor pursuant to chapter 7 of title 11 of the United States Code.

CREDITOR SIGNATORY:

By: David J. Towner

Printed Name DAVID J. TOWNER

Title _____

E-mail: TERRYTOWNER@COMCAST.NET

Date: SEPT. 8, 2015