IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Alleged Debtor. | Chapter 7 Involuntary<br><br>Case No. 15-11647 (LSS) |

### JOINDER IN INVOLUNTARY CHAPTER 7 BANKRUPTCY PETITION

1.  On or about August 6, 2015, David A. Cohen, Arnold J. Sussman and F. Richard Stark filed an involuntary petition (the "**Petition**") under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**") against Diamondhead Casino Corporation (the "**Alleged Debtor**"). Thereafter, joinders to the Petition were filed (i) on September 11, 2015, by Robert F. Skaff, Jr., and (ii) on September 15, 2015, by David J. Towner.

2.  Section 303(c) of the Bankruptcy Code permits creditors to join in an involuntary petition prior to dismissal of the case or entry of an order for relief. The above-referenced case has not been dismissed and no orders for relief have been entered.

3.  Accordingly, DDM Holdings, LLC, as successor in interest to College Health & Investment, L.P. (the "**Joining Creditor**"), holding a valid, non-contingent unsecured claim against the Alleged Debtor for the principal amount of $150,000.00 (plus interest), as set forth in the Declaration attached as Exhibit A hereto, joins the Petition.

**[SIGNATURE PAGE FOLLOWS]**

Dated: September 17, 2015
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

_/s/ Mark D. Olivere_
William E. Chipman, Jr. (No. 3818)
Joseph B. Cicero (No. 4388)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   chipman@chipmanbrown.com
       cicero@chipmanbrown.com
       olivere@chipmanbrown.com

-and-

**GENOVESE JOBLOVE & BATTISTA, P.A.**
John H. Genovese
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Telephone:   (305) 349-2300
Facsimile:   (305) 349-2310
Email:   jgenovese@gjb-law.com

_Counsel for DDM Holdings, LLC_