UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

_____
In Re:                                    )
                                          )
DIAMONDHEAD CASINO                        )
CORPORATION,                              )    Case No. 15-11647-LSS
                                          )
    ALLEGED DEBTOR.                      )    Involuntary Chapter 7
_____)

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, Alleged Debtor Diamondhead Casino Corporation will take the depositions of the below-listed individuals upon oral examination before a notary public or before some other officer authorized by law to administer oaths, on the dates and times, and at the locations listed below. The deposition will be recorded by stenographic means. The deposition will continue from day to day until completed.

Deponent: Samuel I. Burstyn
Date/Time: October 13, 2015, 9:00 a.m.
Location: Brickell Key Court Reporting, 333 S.E.2d Ave., Ste. 2000, Miami, FL 33131

Deponent: Arnold J. Sussman
Date/Time: October 15, 2015 9:30 a.m.
Location: Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St., 7th fl., Wilmington, DE 19801

Deponent:   Soraya Sussman
Date/Time: October 15, 2015 11:00 a.m.
Location:   Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St., 7th fl., Wilmington, DE  19801

Deponent:   F. Richard Stark
Date/Time: October 15, 2015 1:30 p.m.
Location:   Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St., 7th fl., Wilmington, DE  19801

Deponent:   Robert F. Skaff, Jr.
Date/Time: October 15, 2015 9:30 a.m.
Location:   Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St., 7th fl., Wilmington, DE  19801

  /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th fl.
Wilmington, DE 19801-1186
(302) 573-2525
Attorney for Diamondhead Casino Corporation

Dated: October 12, 2015

## **CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that the foregoing document was served via e-mail on the below-listed counsel for the Petitioning Creditors on this 12th day of October, 2015:

William E. Chipman, Jr., Esq.
Joseph B. Cicero, Esq.
Chipman Brown Cicero & Cole, LLP
The Nemours Building
1007 N. Orange St., Ste. 1110
Wilmington, DE  19810

/s/ David L. Finger
David L. Finger (Delaware Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl
Wilmington, DE  19801-1186
 (302) 573-2525
dfinger@delawgroup.com