UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DIAMONDHEAD CASINO | ) | |
| CORPORATION, | ) | Case No. 15-11647-LSS |
| | ) | |
| ALLEGED DEBTOR. | ) | Involuntary Chapter 7 |

## <u>NOTICE OF DEPOSITIONS</u>

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, Alleged Debtor Diamondhead Casino Corporation will take the depositions of the below-listed individuals upon oral examination before a notary public or before some other officer authorized by law to administer oaths, on the dates and times, and at the locations listed below.   The deposition will be recorded by stenographic means.  The deposition will continue from day to day until completed.

Deponent:   F. Richard Stark
Date/Time:  December 29, 2015 10:00 a.m.
Location:    Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St., 7th fl., Wilmington, DE  19801

Deponent:   David J. Towner
Date/Time:  December 29, 2015 11:00 a.m.
Location:    Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St., 7th fl., Wilmington, DE  19801

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, Alleged Debtor Diamondhead Casino Corporation will take the depositions of the below-listed entity upon oral examination before a notary public or before some other officer authorized by law to administer oaths, on the dates and times, and at the locations listed below.   The deposition will be recorded by stenographic means.  The deposition will continue from day to day until completed.

Deponent:   DDM Holdings, LLC by an authorized representative
Date/Time:  December 29, 2015 12:00 p.m.
Location:    Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St.,
                 7th fl., Wilmington, DE  19801

Topics:

1.     When was DDM Holdings, LLC formed?

2.     What was the purpose for forming DDM Holdings, LLC?

3.     What assets does DDM Holdings, LLC hold, and when did it obtain such assets?

4.     What affiliation, if any, does DDM Holdings, LLC have with College Health and Investments, Ltd. and/or College Health and Investment, L.P. and/or Samuel I. Burstyn.

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th fl.
Wilmington, DE 19801-1186
(302) 573-2525
Attorney for Diamondhead Casino
Corporation

Dated: December 14, 2015

## **CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that the foregoing document was served via e-mail on the below-listed counsel for the Petitioning Creditors on this 14th day of December, 2015:

William E. Chipman, Jr., Esq.
Joseph B. Cicero, Esq.
Chipman Brown Cicero & Cole, LLP
The Nemours Building
1007 N. Orange St., Ste. 1110
Wilmington, DE  19810


/s/ David L. Finger
David L. Finger (Delaware Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl
Wilmington, DE  19801-1186
 (302) 573-2525
dfinger@delawgroup.com