# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | ) | Case No. 15-11647(LSS) |
| Alleged Debtor. | ) | |
| | ) | **Re: Docket Nos. 1, 4, 6, 7, 8** |

## ORDER

For the reasons set forth in the Court's Memorandum Opinion issued contemporaneously herewith, it is **ORDERED:**

The Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss Involuntary Petition or, in the Alternative, to Convert the Case to Chapter 11 [D.I. 4] is **GRANTED**, as follows:

(a) The Motion to Dismiss is granted.

(b) The Chapter 7 Involuntary Petition, and each related joinder, [D.I. 1, 6, 7, & 8] is **DISMISSED**.

(c) The Court retains jurisdiction over requests related to this Order. Any such requests must be made by motion within thirty (30) days of the entry of this Order.

Dated: June 7, 2016

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE