UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 15-11647-LSS |
| DIAMONDHEAD CASINO ) | Proposed Involuntary Chapter 7 |
| CORPORATION, ) | |
| ) | Hearing:  Aug. 18, 2016 at |
| ALLEGED DEBTOR. ) | 10:00 a.m. |
| ) | Response deadline:  Aug. 11, |
| ) | 2016 |

**NOTICE OF MOTION**

To:    All parties listed in the attached certificate of service

Diamondhead Casino Corporation ("Diamondhead"), has filed the attached Motion for an Award of Fees and Expenses and Punitive Damages pursuant to 11 U.S.C. §303(i) (the "Motion").

You are required to file a response to the attached motion on or before **Thursday, August 11, 2016.**

At the same time, you must also serve a copy of the response upon movant's attorney: David L. Finger, Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St., 7th fl., Wilmington, DE 19801-1186.

A HEARING ON THE MOTION WILL BE HELD on **Thursday, August 18, 2016 at 10:00 a.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

 /s/ David L. Finger_____
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th fl.
Wilmington, DE 19801-1186
(302) 573-2525
Attorney for Diamondhead Casino
Corporation

Dated: June 30, 2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 15-11647-LSS |
| DIAMONDHEAD CASINO ) | Proposed Involuntary Chapter 7 |
| CORPORATION, ) | |
| ) | Hearing:  Aug. 18, 2016 at |
| ALLEGED DEBTOR. ) | 10:00 a.m. |
| ) | Response deadline:  Aug. 11, |
| ) | 2016 |

## MOTION OF DIAMONDHEAD CASINO CORPORATION FOR AN AWARD OF FEES AND EXPENSES AND PUNITIVE DAMAGES

Diamondhead Casino Corporation ("Diamondhead") hereby moves, pursuant to 11 U.S.C. §303(i), for an award of fees and costs incurred in connection with proceedings in this action, and an award of punitive damages, and in support thereof states as follows:

1.    When an involuntary petition is dismissed, there is a presumption that costs and attorney's fees will be awarded to the alleged debtor, and the burden is on the petitioning creditor to submit evidence to overcome that presumption. *In re TPG Troy, LLC*, 793 F.3d 228, 235 (2nd Cir. 2015); *In re Southern California Sunbelt Developers, Inc.*, 608 F.3d 456, 462 (9th Cir. 2010).

2.    "Those who sign and file an involuntary petition assume the potential rewards of being a petitioner, such as an administrative claim for fees and expenses incurred in the process. But those who sign and file an involuntary petition also assume the risks, including a potential judgment for fees, costs, and damages." *In*

*re McMillan*, 543 B.R. 808, 818 (Bankr. N.D. Tex. 2016).

3.    "[A]n award of attorneys' fees and costs serves to discourage the filing of involuntary petitions to force debtors to pay on a disputed debt. At bottom, Section 303(i)(1) is a fee-shifting provision that requires no showing of bad faith, and aims to keep the putative estate whole." *In re TPG Troy, LLC*, 793 F.3d at 235. *Accord In re Southern California Sunbelt Developers, Inc.*, 608 F.3d at 462.  Further, "[i]t is not necessary that the Involuntary Petition be frivolous or meritless to award costs and fees under this subsection, as that is not a stated condition." *In re Advance Press & Litho, Inc.*, 46 B.R. 700, 703 (Bankr. D. Colo. 1984).  In this case, however, the Court found that the petition was filed in bad faith.

4.    Filing an involuntary bankruptcy petition to resolve disputes that could be addressed in state court proceedings justifies an award of attorney's fees. *In re Mountain Dairies, Inc.*, 372 B.R. 623, 637 (Bankr. S.D.N.Y. 2007).

5.    The Court is "not obligated to assess the award against all of the petitioners equally. When a particular petitioner was the driving force behind the filing of the involuntary case, the fees may be assessed in whole or in large part against that petitioner." *In re Ross*, 136 B.R. 230, 239 (Bankr. E.D. Pa. 1991).

6.    A fee award should encompass all aspects of the litigation.  This includes fees incurred in connection with discovery and interim motions, *e.g., In re*

*Express Car & Truck Rental, Inc.*, 440 B.R. 422, 436-37 (Bankr. E.D. Pa. 2010), *recons. denied*, 455 B.R. 434 (Bankr. E.D. Pa. 2011) (discovery and motion to disqualify); transcripts, *In re Val W. Poterek & Sons, Inc.*, 169 B.R. 896, 906 (Bankr. N.D. Ill. 1994); travel expenses for witnesses, *In re Johnston Hawks Limited*, 72 B.R. 361, 365 (Bankr. D. Hawaii 1987), *aff'd mem.*, 885 F.2d 875 (9th Cir. 1989); *In re Camelot, Inc.,* 25 B.R. 861, 866 (Bankr. D. Tenn. 1982); and the fees and costs incurred in seeking the award of fees. *In re Southern California Sunbelt Developers, Inc.*, 608 F.3d at 463-64; *In re John Richards Homes Building Co., LLC*, 523 B.R. 83, 87-88 (Bankr. E.D. Mich. 2014), *aff'd*, 2015 WL 5121358 (E.D. Mich. Aug. 31, 2015).

7.    To the extent the petitioning creditors claim any award against them should be offset against any amounts they claim they are or will be owed, such argument should be rejected.

8.    "There is general consensus among the courts that a setoff [of an award against petitioning creditors against amounts owed by a debtor] is impermissible…." 2 *Collier On Bankruptcy* ¶303.33[8] (Alan N. Resnick & Henry J. Sommer eds., 16th ed.). Allowing setoff would undermine the goals of §303(i). *See Wechsler v. MacKe Int'l Trade, Inc. (In re MacKe Int'l Trade, Inc.),* 370 B.R. 236 (B.A.P. 9th Cir. 2007) (allowing setoff would eviscerate disincentives Congress built into the system to discourage improper filings); *In re DiLoreto*, 388

3

B.R. 637, 655 (Bankr. E.D. Pa. 2008), *aff'd*, 442 B.R. 373 (E.D. Pa. 2010).

9.      Therefore, any award of fees and costs hereunder should specifically prohibit setoff against the award.

10.     Attorney's Fees and Expenses.    Attorneys' fees total $34,510, calculated as follows:

a.      Hourly Rate: Counsel for Diamondhead billed $350.00 per hour for this action. (Declaration of David L. Finger ("Finger Decl.") ¶3) (appended hereto as Exhibit 1). This is a reasonable rate and well within the prevailing market rate. *See* Ex. 3 hereto (2016 statement showing Young Conaway Stargatt & Taylor's aggregated bankruptcy rate is $480.46 per hour); Ex. 4 hereto (showing Pepper Hamilton's 2015 bankruptcy rates were $425-$720 per hour); Ex. 5 hereto (showing Morris Nichols Arsht & Tunnell's blended rate of $491.41 per hour); Ex. 6 hereto (showing Chipman, Brown Cicero & Cole, LLP, 2015 partner rates were $595-$625 per hour).

b.      Hours:  Counsel for Diamondhead billed a total thus far of 98.6 hours in connection with this action. This includes, but is not limited to, time expended for court conferences, legal research, drafting and responding to formal pleadings, responding to requests for production of documents, responding to interrogatories, preparation for and appearance at four depositions noticed by petitioning creditors, preparation for and appearance at nine depositions noticed by

Diamondhead Casino Corporation, preparation for and representation at evidentiary hearings held on October 16, 2015 and October 20, 2015 in connection with Petitioners' Emergency Motion for Entry of an Order Directing the Appointment of an Interim Chapter 7 Trustee, preparation for and representation at a trial held on January 15, 2016 in connection with Diamondhead's motion to dismiss, and extensive briefing in connection with various motions and hearings, all undertaken on an expedited schedule. Fees to date total $34,510. This is well within the range of reasonableness. *See, e.g., In re Meltzer*, 535 B.R. 803 (Bankr. N.D. Ill. 2015) ($60,788); *In re TPG Troy, LLC*, 793 F.3d at 228 ($513,427); *In re Imani Fe*, 2012 WL 5418983 (9th Cir. B.A.P. Nov. 7, 2012) ($373,654).

11.    <u>Expenses</u>. Expenses total $20,376.13, calculated as follows:

a.    <u>Document Retrieval:</u>    In order to respond to the extensive document requests of the petitioning creditors, Diamondhead was required to obtain documents stored off-site.    The retrieval charges were $426.79. (Declaration of Deborah A. Vitale ("Vitale Decl.") ¶3) (attached hereto as Ex. 2).

b.    <u>Photocopying</u>:    The costs incurred directly by counsel for photocopying, binding and courier delivery of copies of briefs, hearing exhibits and other documents were $401.67. (Finger Decl. ¶6).    Photocopying costs incurred directly by Diamondhead in producing documents were $1,462.64. (Vitale Decl. ¶5).

c.    Transcript costs:    The fees for deposition and hearing transcripts totaled $15,221.44.  (Vitale Decl. ¶2 ).

d.    Travel Expenses:    Two Diamondhead directors and officers, Ms. Vitale and Mr. Harrison, travelled to Delaware for their depositions and for Court hearings on three dates. Two other directors of the Company, Messrs. Crow and St. Peter travelled to Delaware for trial on January 15, 2016.   The expenses incurred for all such travel total $2,827.59.  (Vitale Decl. ¶4).

12.    Punitive Damages.  Having determined that the petitioning creditors acted in bad faith, it is within the Court's discretion to award punitive damages. 11 U.S.C. §303(i)(2). It is not necessary to find actual compensatory damages in order to award punitive damages. *In re Atlas Mach. and Iron Works, Inc*., 190 B.R. 796, 803 (Bankr. E.D. Va. 1995).

13.    As this Court found, "the petitioning creditors' primary purpose in fling this case was to effect a change in management, and their secondary purpose was to collect a debt. On the facts of this case, neither of these goals serves a proper bankruptcy purpose." Opinion dated June 7, 2016, at 1.

14. The improper use of a bankruptcy court to collect a debt, in itself, justifies an award of punitive damages. *See In re Petrosciences Intern., Inc*., 96 B.R. 661, 666 (Bankr. N.D. Tex. 1988) (use of involuntary petition as a collection mechanism rather than following normal state court process justified punitive

damages of $10,000 in addition to other relief). *See also In re Johnston Hawks Limited*, 72 B.R. 361, at 367-68 (Bankr. D. Hawaii 1987), (awarding punitive damages of $10,000 in addition to attorneys' fees, costs and actual damages).

15.    Equally important here is that "the evidence [was] overwhelming that each individual Petitioning Creditor sought a change in management and perceived an involuntary bankruptcy filing as the only way to accomplish that result after the failed proxy fight." Opinion, slip op. at 36. Petitioners used the Bankruptcy Court in an attempt to undo the vote of the stockholders cast at the Annual Meeting of Stockholders held on June 8, 2016, following a full blown proxy contest. In their haste to remove management and overturn the vote of the stockholders, the petitioning creditors brought an "emergency" motion to appoint an interim trustee to manage the affairs of the Company and to secure its assets and books and records, when there was no evidence to justify such extraordinary relief and no "emergency" requiring that litigation be conducted on an expedited basis.

16.    A bankruptcy court cannot be used by disgruntled shareholders to effect a change in management. Petitioners' flagrant attempt to do just that should not be condoned in this or any other case. While there are important public policy concerns that require that bankruptcy courts not be used as collection agencies, even more compelling public policy considerations suggest that bankruptcy courts should not be used to address stockholder disputes. Under no circumstances should

bankruptcy courts be used as  substitutes for proxy contests or to override the vote of the stockholders, as occurred here.

17.    As Petitioners well know, Diamondhead is a small company with only one employee. The Company is engaged in a highly competitive industry and, on August 14, 2014, obtained Gaming Site Approval for a fifty-acre portion of its 404-acre Diamondhead Property. Petitioners are all sophisticated and accredited investors intimately familiar with the business of the Company and its financial needs and development goals. They knew that in filing this action, they would be subjecting this Company to substantial legal costs and expenses which it could not afford. They knew that this one-employee company would be required to spend countless hours and its limited resources defending the Company and responding to litigation requests. They knew when they filed this action that the Company had only recently, effective March 30, 2015, reregistered its stock with the Securities and Exchange Commission. They knew the Company had made enormous progress in the previous year and was moving forward. Petitioners are all experienced business people.  They knew the Company would never be able to get a loan or obtain additional financing with the threat of a bankruptcy hanging over it. They knew the Company had no hope of effecting a joint venture with a bankruptcy hanging over it. They knew that any possible negotiation involving any contribution of land to a joint venture would be under distress conditions with a

bankruptcy hanging over the Company. They knew this action would paralyze the Company during the entire period their action was pending. They knew full well, given their combined business backgrounds and experience, that this filing would have serious, permanent, and possibly catastrophic implications for the Company, its creditors and  its shareholders.  They knew in filing this action that they would be jeopardizing the Company's entire future in Mississippi and its ability to even qualify for a gaming license.

18.    As a result of Petitioners' improper use of this Court, the Company has been in limbo with the uncertainty of a bankruptcy hanging over it for ten months.

19.    The conduct of the petitioning creditors in this case not only justifies an award of punitive damages, but suggests that such an award may be required to deter others from using a bankruptcy court for the same purpose. Diamondhead defers to the Court to determine an amount the Court deems fair and reasonable under the totality of the circumstances.

WHEREFORE, for the foregoing reasons, Diamondhead Casino Corporation respectfully requests that the Court enter the attached proposed form of Order awarding it $34,510.00 in fees and $20,376.13 in expenses, along with an award of punitive damages.

Respectfully submitted,

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th floor
Wilmington, DE  19801-1186
(302) 573-2525
dfinger@delawgroup.com
Attorney for Diamondhead Casino
Corporation

Dated:  June 30, 2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 15-11647-LSS |
| DIAMONDHEAD CASINO ) | Proposed Involuntary Chapter 7 |
| CORPORATION, ) | |
| ) | |
| ALLEGED DEBTOR. ) | |
| ) | |

## __ORDER__

On this _____ day of _____, 2016, having considered the submissions and arguments of the parties, and having determined that, as the Court previously ruled that the petitioning creditors acted in bad faith in filing their involuntary petition for relief against Diamondhead Casino Corporation ("Diamondhead") in this case, IT IS HEREBY ORDERED that:

1.      Diamondhead is awarded its reasonable attorney's fees in the amount of $34,510.00.

2.      Diamondhead is awarded its expenses in the amount of $20,376.13.

3.      Punitive damages are assessed against the petitioning creditors in the amount of $_____.

4.      Each and every one of the petitioning creditors, David A. Cohen, Arnold J. Sussman, F. Richard Stark, Robert F. Skaff, David J. Towner and DDM Holdings, LLC, is jointly and severally liable for the attorney's fees, expenses and punitive damages identified above.

5.      The amounts set forth herein, and payment thereof, are not subject to any claim of setoff.


_____

The Hon. Laurie Selber Silverstein

Exhibit 1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | |
| DIAMONDHEAD CASINO ) | |
| CORPORATION, ) | Case No. 15-11647-LSS |
| ) | |
| ALLEGED DEBTOR. ) | Proposed Involuntary Chapter 7 |
| ) | |

## DECLARATION OF DAVID L. FINGER

1.     My name is David L. Finger. I am counsel for Diamondhead Casino Corporation. I am over twenty-one years of age and have personal knowledge of the facts stated in this declaration.

2.     I have been a member of the Bar of the State of Delaware since 1988, where I have represented clients before the Delaware Supreme Court, the Court of Chancery, the Superior Court, the Court of Common Pleas, and the Justice of the Peace Court. I have been admitted to, and represented clients before, the United States District Court for the District of Delaware since 1989 and the United States Court of Appeals for the Third Circuit since 1991.

3.     I have charged Diamondhead Casino Corporation a rate of $350 per hour for my services in this and other litigation. I believe that this rate is comparable to and competitive with rates charged by Delaware attorneys of similar experience.

4.      Attached hereto as Exhibit A are my billing statements. I billed a total of 98.6 hours in the above-captioned case.

5.      My total fees expended as of the date of the filing of this motion total $34,510.00.

6.      I incurred expenses of $401.67 for photocopying briefs, hearing exhibits and other documents as well as courier costs for delivery of briefs and other documents to the Court.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2016.

David L. Finger

2

# Exhibit A

Diamondhead Casino Corporation                                    September 10, 2015
1013 Princess Street
Alexandria, VA
22314

|  | | File #: | DCC02 |
|---|---|---|---|
| **Attention:** | Deborah A. Vitale, President | Inv #: | 1086 |

**RE:** ████████████████████████████████,

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| ████ | ████████████████ | ██ | ███ | █ |
| ████ | compendium | ██ | ███ | █ |
| Aug-27-15 | Legal Research, drafting and editing bankruptcy motion to dismiss; telephone call w/client | 4.20 | 1,470.00 | DLF |
| | Totals | 10.00 | $3,500.00 | |





ID Number    20-2525903

Diamondhead Casino Corporation                          November 4, 2015
1013 Princess Street
Alexandria, VA
22314

|  |  | File #: | DCC02 |
| --- | --- | --- | --- |
| **Attention:** | Deborah A. Vitale, President | Inv #: | 1094 |

**RE:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Sep-21-15 | Telephone call with client; review motion for trustee; research; draft argument outline | 2.20 | 770.00 | DLF |
| Sep-24-15 | Meeting with client; attend court status/scheduling conference | 1.70 | 595.00 | DLF |
| Sep-30-15 | Telephone call with client; teleconference w/Court re: scheduling motion for a trustee | 1.00 | 350.00 | DLF |
| Oct-01-15 | Telephone call with client; review, edit requests for production, interrogatories; review petitioners. document requests | 1.20 | 420.00 | DLF |
| Oct-02-15 | Review of, editing of, discovery requuests; telephone call w/client | 1.00 | 350.00 | DLF |
| Oct-06-15 | Telephone call with client; draft response to requests for production; review filings | 0.80 | 280.00 | DLF |
|  | Review of document production (both sides); revise response to request for production; telephone calls, emails w/client, opposing counsel; legal research; review opposing document response | 4.20 | 1,470.00 | DLF |
| Oct-09-15 | Review of documents; telephone calls w/client; emails w/client; document production; teleconference w/court re: depositions | 3.00 | 1,050.00 | DLF |

| Oct-10-15 | Telephone call with DV, GH; review minutes, transcript; draft email to Cicero | 2.20 | 770.00 | DLF |
|---|---|---|---|---|
| Oct-13-15 | Deposition of G. Harrison, D. Vitale; telephone call w/DAV; review, edit brief | 9.50 | 3,325.00 | DLF |
| Oct-16-15 | Attendance at court - hearing on motion to appoint a trustee | 9.00 | 3,150.00 | DLF |
| Oct-19-15 | Preparation of examination questions, closing argument | 1.30 | 455.00 | DLF |
| Oct-20-15 | Attendance at court - motion to appoint a trustee | 3.50 | 1,225.00 | DLF |
| | Totals | 40.60 | $14,210.00 | |

## DISBURSEMENTS

| Oct-05-15 | Courier - deliver documents to opposing counsel | 7.50 |
|---|---|---|
| Oct-09-15 | Courier - deliver papers to court | 7.60 |
| Oct-14-15 | Binding, photocopying and delivery to court - reply brief re: trustee | 116.47 |
| Oct-20-15 | Binding, photocopying and delivery to court - exhibit binders for trial | 160.50 |
| | Totals | $292.07 |

TAX ID Number      20-2525903

Diamondhead Casino Corporation

June 30, 2016

1013 Princess Street
Alexandria, VA
22314

|  |  | File #: | DCC02 |
|---|---|---|---|
| **Attention:** | Deborah A. Vitale, President | Inv #: | Sample |

**RE:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| **DATE** | **DESCRIPTION** | **HOURS** | **AMOUNT** | **LAWYER** |
|---|---|---|---|---|
| Dec-29-15 | Deposition of Stark, Towner & Cohen; telephone call w/client; legal research | 3.70 | 1,295.00 | DLF |
| Jan-12-16 | Deposition of Harrell, Blount; telephone call/DV; legal research; draft deposition questions for Rogers | 3.70 | 1,295.00 | DLF |
| Jan-13-16 | Deposition of Rogers; telephone call w/DAV; revew transcripts; legal research; tgearing preparation | 5.20 | 1,820.00 | DLF |
| Jan-14-16 | Preparation of trial questioning, documents, research | 6.00 | 2,100.00 | DLF |
| Jan-15-16 | Attendance at court - motion to dismiss hearing | 2.50 | 875.00 | DLF |
| Jan-18-16 | Preparation of appellate argument; review record | 1.00 | 350.00 | DLF |
| Jan-25-16 | Legal Research; review transcripts; draft post-hearing dismissal brief | 4.70 | 1,645.00 | DLF |
| Jan-29-16 | Legal Research; draft motion to dismiss post-hearing opening brief | 2.50 | 875.00 | DLF |
| Feb-01-16 | Telephone call with client; revise brief | 1.50 | 525.00 | DLF |
| Feb-04-16 | Review of, editing of opening | 5.20 | 1,820.00 | DLF |

|  |  |  |  |  |
|---|---|---|---|---|
|  | brief re: motion to dismiss; review transcripts; telephone call s/DAV |  |  |  |
| Feb-05-16 | Preparation of, editihng, filing opining brief re" motion to dismiss | 2.50 | 875.00 | DLF |
| Feb-29-16 | Review of answering brief; legal research; emails w/client | 2.20 | 770.00 | DLF |
| Mar-01-16 | Legal Research; draft reply brief | 3.20 | 1,120.00 | DLF |
| Mar-08-16 | Legal Research; review answering brief; draft reply brief | 4.50 | 1,575.00 | DLF |
| Jun-06-16 | Telephone call with client re: payment of rent, wages | 0.20 | 70.00 | DLF |
| Jun-29-16 | Review of expenses ands fees; draft motion for fees and declarations | 2.70 | 945.00 | DLF |
|  | Telephone call with client; legal research; revise fee motion | 2.50 | 875.00 | DLF |
|  | Totals | 53.80 | $18,830.00 |  |

## DISBURSEMENTS

|  |  |  |
|---|---|---|
| Jan-14-16 | Courier - deliver documents to court | 7.50 |
| Feb-08-16 | Photocopies and delivery of brief to court, opposing counsel | 102.10 |
|  | Totals | $109.60 |

TAX ID Number      20-2525903

# Exhibit 2

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DIAMONDHEAD CASINO | ) | |
| CORPORATION, | ) | Case No. 15-11647-LSS |
| | ) | |
| ALLEGED DEBTOR. | ) | Proposed Involuntary Chapter 7 |
| | ) | |

## <u>DECLARATION OF DEBORAH A. VITALE</u>

1.     My name is Deborah A. Vitale. I am the President, Chief Executive Officer, Secretary and Treasurer of Diamondhead Casino Corporation ("Diamondhead").   I am over twenty-one years of age and have personal knowledge of the facts set forth herein.

2.     Attached hereto as Exhibit A is a chart showing expenses, and the documentation in support thereof, incurred by Diamondhead in the above-captioned matter for court reporters. These expenses include the costs of eleven deposition transcripts, including the deposition transcripts of the six petitioning creditors or their agents, four directors of the Company, and the sole non-party witness, John R. Rogers. These expenses also include the costs of three  hearing transcripts for hearings held on September 24, 2015, September 30, 2015 and January 15, 2016. The court reporters' bills for the foregoing total $15,221.44.

3.    Attached hereto as Exhibit B is a chart showing expenses, and the itemized bills in support thereof, incurred by Diamondhead in the above-captioned matter to retrieve boxes from its off-site storage facility which contained documents requested by Petitioners in Requests for Production of Documents. The bills for the foregoing retrieval services total $462.79.

4.    Diamondhead Director Gregory A. Harrison and I were required to travel to Delaware, both for our depositions and to testify at three separate hearings before the Court. Attached hereto as Exhibit C are bills for food, transportation and lodging in connection with such travel, showing expenses of $1,614.26 for myself and $1,020.00 for Mr. Harrison.

On January 15, 2016, Mr. Harrison and I drove to Delaware with two additional Directors, Mr. Crow and Mr. St. Peter, for the Hearing held on Diamondhead's Motion to Dismiss. The travel expenses for this trip were paid by Mr. Crow and total $193.23. The foregoing travel expenses total $2,827.59.

5.    Also included in the American Express bills attached in support of Exhibit C are charges for photocopying charges from Kinko's/Federal Express incurred in connection with document production, which total $1,462.64. This amount includes only the cost of copies of documents made off-site. These charges do not include in-house copying for which no reimbursement is sought.

In accordance with 28 U.S.C. §1746, I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 29th day of June 2016.

_____

Deborah A. Vitale

3

# Exhibit A

| | | | | |
|---|---|---|---|---|
| **IN RE: DIAMONDHEAD CASINO CORPORATION<br>EXPENSES INCURRED BY THE COMPANY<br>EXHIBIT A** | | | | |
| | **Date** | **Amount** | **Reporter** | |
| 1 | 9-28-15 | 101.85 | Elaine Ryan | Transcript 9-24-15 |
| 2 | 10-5-15 | 67.90 | Elaine Ryan | Transcript 9-30-15 |
| 3 | 10-26-15 | 1,935.15 | Elaine Ryan | Motion for appointment of Emergency Trustee |
| 4 | 11-2-15 | 1,875.80 | Wilcox & Fetzer | Motion for Appointment of Emergency Trustee |
| 5 | 1-19-16 | 232.80 | Elaine Ryan | Transcript 1-15-16 |
| 6 | 11-4-15 | 3,962.57 | Nextgen Reporting | Invoice 22091 Deposition Transcript Harrison: 10-12-15 |
| 7 | 11-9-15 | 4,276.55 | Nextgen Reporting | Invoice 22137 Deposition Transcript Vitale: 10-14-15 |
| 8 | 2-9-16 | 377.60 | Wilcox & Fetzer | Invoice 24503 Deposition Transcript Cohen 12-29-15 |
| 9 | 2-9-16 | 361.35 | Wilcox & Fetzer | Invoice 24504 Deposition Transcript Stark 12-29-15 |
| 10 | 2-9-16 | 377.60 | Wilcox & Fetzer | Invoice 24505 Deposition Transcript Towner 12-29-15 |
| 11 | 2-11-16 | 588.27 | Wilcox & Fetzer | Invoice 24585 Deposition Transcript Giller 1-9-16 (DDM) |
| 12 | 2-12-16 | 430.90 | Wilcox & Fetzer | Invoice 24645 Deposition Transcript Director Harrell: 1-12-16 |
| 13 | 2-12-16 | 220.85 | Wilcox & Fetzer | Invoice 24646 Deposition Transcript Director Blount: 1-12-16 |
| 14 | 2-19-16 | 412.25 | Nextgen Reporting | Invoice 24960 Deposition Transcript John R. Rogers: 1-13-16 |
| | **TOTAL** | **15,221.44** | | |
| | | | | |

Elaine M. Ryan
2801 Faulkland Road
Wilmington, DE 19808
(302-683-0221)

INVOICE

September 28, 2015

TO:     David L. Finger, Esq.
        Finger & Slanina, LLC
        1201 N. Orange Street
        Wilmington, DE 19801
        (302) 573-2525

RE:     Diamondhead - 15-11647(LSS)

Hearing held: 9/24/15 - 21 pages
Original Transcripts (1 copy filed with the U.S. Bankruptcy Court) @ $4.85 per page
(Expedited) - email copy to (dfinger@delawgroup.com)..................................................$101.85

Elaine M. Ryan
2801 Faulkland Road
Wilmington, DE 19808
(302-683-0221)

INVOICE

October 1, 2015

TO:    David L. Finger, Esq.
       Finger & Slanina, LLC
       1201 N. Orange Street
       Wilmington, DE 19801
       (302) 573-2525

RE:    Diamondhead - 15-11647(LSS)

Hearing held: 9/30/15 - 14 pages
Original Transcripts (1 copy filed with the U.S. Bankruptcy Court) @ $4.85 per page
(Expedited) - email copy to (dfinger@delawgroup.com)................................................$67.90

Elaine M. Ryan
2801 Faulkland Road
Wilmington, DE 19808
(302-683-0221)

INVOICE

October 26, 2015

TO:    David L. Finger, Esq.
       Finger & Slanina, LLC
       1201 N. Orange Street
       Wilmington, DE 19801
       (302) 573-2525

RE:    Diamondhead - 15-11647(LSS)

Hearing held: 10/16/15  - 280  pages
Hearing held: 10/20/15  -  119 pages
            TOTAL: -  399 pages
Original Transcripts (1 copy filed with the U.S. Bankruptcy Court)  @ $4.85 per page
 (Expedited) - email copy to (dfinger@delawgroup.com).............................................$1,935.15

# I N V O I C E



1330 KING STREET
WILMINGTON, DE 19801-3230
302-655-0477
DEPOS@WILFET.COM
WILFET.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24914 | 10/29/2015 | 17844 |

| Job Date | Case No. |
|---|---|
| 10/15/2015 | 15-11647-LSS |

| Case Name |
|---|
| InRe: Diamondhead Casino Corporation |

| Payment Terms |
|---|
| Net 30 |

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street-7th Floor
Wilmington DE 19804

| | | |
|---|---|---|
| Original ebundle/word index/same day delivery | | |
| Samuel Burstyn | 70.00 Pages | 581.00 |
| Original ebundle/word index/same day delivery | | |
| Soraya Sussman | 37.00 Pages | 307.10 |
| Original ebundle/word index/same day delivery | | |
| Arnold J. Sussman | 34.00 Pages | 282.20 |
| Original ebundle/word index/same day delivery | | |
| Robert F. Skaff, Jr. | 85.00 Pages | 705.50 |

**TOTAL DUE  >>>**          **$1,875.80**
AFTER 11/28/2015  PAY          $2,063.38

*PLEASE NOTE: Total due line above reflects a prompt payment discount ONLY if invoice is paid in full within 30 days.  Thereafter,  the current outstanding balance is due.   Wilcox & Fetzer provides full disclosure by supplying detailed, itemized invoices to clients. Thank you.  Your business is appreciated.

(SAY)

**Tax ID:** 51-0318885

*Please detach bottom portion and return with payment.*

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street-7th Floor
Wilmington DE 19804

| | | |
|---|---|---|
| Invoice No. | : | 24914 |
| Invoice Date | : | 10/29/2015 |
| **Total Due** | : | **$1,875.80** |

AFTER 11/28/2015 PAY  $2,063.38

Remit To:    Wilcox & Fetzer, Ltd.
             1330 King Street
             Wilmington DE  19801

| | | |
|---|---|---|
| Job No. | : | 17844 |
| BU ID | : | 1-MAIN |
| Case No. | : | 15-11647-LSS |
| Case Name | : | InRe: Diamondhead Casino Corporation |

Elaine M. Ryan
2801 Faulkland Road
Wilmington, DE 19808
(302-683-0221)

INVOICE

January 19, 2016

TO:   David L. Finger, Esq.
      Finger & Slanina, LLC
      1201 N. Orange Street
      Wilmington, DE 19801
      (302) 573-2525

RE:   Diamondhead - 15-11647(LSS)

Hearing held: 1/15/16  - 48 pages
Original Transcripts (1 copy filed with the U.S. Bankruptcy Court)  @ $4.85 per page
(Expedited) - email copy to (dfinger@delawgroup.com)...........................................$232.80

# NEXTGEN | REPORTING
**Making Litigation Easier.**    NextGenReporting.com

999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 888.267.1200   f: 267.775.3310

# INVOICE

**Invoice No.**  22091

**Invoice Date**  11/4/2015

**Payment Terms**  Due on receipt

**BILL TO:**

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street - 7th Floor
Wilmington, Delaware 19801-1186

**Case Name**   In re: Diamondhead Casino Corporation

**Witness**   Gregory A. Harrison

**Event Date**   10/12/2015

**Matter No.**

**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Video/Non-Technical Testimony/Confidential | 351 | 1,509.30 |
| Evening/Early AM Pages | 79 | 118.50 |
| 2-Day Delivery | 351 | 1,358.37 |
| Rough Draft of Transcript | 351 | 614.25 |
| Mini / Condensed Transcript | 1 | 25.00 |
| PTX / PDF Files - Complimentary | 1 | 0.00 |
| E-Bundle / Lit Support Package | 1 | 37.50 |
| Exhibits | 233 | 244.65 |
| Processing/Handling - Expedited | 1 | 55.00 |
| Shipping/Delivery - Complimentary | 1 | 0.00 |

Remote video deposition held in Wilmington, DE. Deposition
concluded at 6:48 p.m.

Tax ID: 27-1726128        1.5% finance charge per month on delinquent balances.        Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)   Visa  /   Mastercard  /   American Express

Card Number _____CVC _____ EXP _____

Billing Address _____

_____

Name on Card _____

Signature _____

| | |
|---|---|
| Total Due | $3,962.57 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$3,962.57** |
| *After 12/4/2015   Pay* | **$4,358.83** |

# NEXTGEN | REPORTING
Making Litigation Easier.                    NextGenReporting.com

999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 888.267.1200   f: 267.775.3310

# INVOICE

**Invoice No.**  22137

**Invoice Date**  11/9/2015

**Payment Terms**  Due on receipt

**BILL TO:**

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street - 7th Floor
Wilmington, Delaware 19801-1186

**Case Name**  In re: Diamondhead Casino Corporation

**Witness**  Deborah A. Vitale

**Event Date**  10/14/2015

**Matter No.**

**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Video/Non-Technical Testimony/Confidential | 337 | 1,449.10 |
| Evening/Early AM Pages | 19 | 28.50 |
| 1-Day Delivery | 337 | 1,449.10 |
| Rough Draft of Transcript | 337 | 589.75 |
| Mini / Condensed Transcript | 1 | 25.00 |
| PTX / PDF Files - Complimentary | 1 | 0.00 |
| E-Bundle / Lit Support Package | 1 | 37.50 |
| Exhibits | 612 | 642.60 |
| Processing/Handling - Expedited | 1 | 55.00 |
| Shipping/Delivery - Complimentary | 1 | 0.00 |

Remote video deposition held in Wilmington, DE. Deposition
concluded at 5:22 p.m.

Tax ID: 27-1726128          1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)    Visa  /  Mastercard  /  American Express

Card Number _____CVC _____ EXP _____

Billing Address _____

_____

Name on Card _____

Signature _____

| | |
|---|---|
| Total Due | $4,276.55 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$4,276.55** |
| *After 12/9/2015   Pay* | *$4,704.21* |



**WILCOX & FETZER**
A NextGen Company
999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 888.267.1200  f: 267.775.3310

# INVOICE

**Invoice No.**  24503

**Invoice Date**  2/9/2016

**Payment Terms**  Due on receipt

**BILL TO:**

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street - 7th Floor
Wilmington, Delaware 19801-1186

**Case Name**  In re: Diamondhead Casino Corporation

**Witness**  A. David Cohen

**Event Date**  12/29/2015

**Matter No.**

**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY | AMOUNT |
|---|---|---|
| Original Transcript & 1 Copy - Video/Non-Technical Testimony | 46 | 200.10 |
| Mini/Condensed Transcript - Complimentary | | 0.00 |
| PTX / PDF Files - Complimentary | | 0.00 |
| E-Bundle / Lit Support Package | | 37.50 |
| Reporter Appearance Fee - Complimentary | | 0.00 |
| Remote Video Streaming - Per Hour - Complimentary | | 0.00 |
| Provision of remote deposition equipment and training | | 125.00 |
| Processing/Handling | | 15.00 |
| Shipping/Delivery - Complimentary | | 0.00 |
| Remote video deposition held in Wilmington, DE. | | |

Tax ID: 27-1726128        1.5% finance charge per month on delinquent balances.        Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)   Visa  /  Mastercard  /  American Express

Card Number _____ CVC ____ EXP ____

Billing Address _____

_____

Name on Card _____

Signature _____

| | |
|---|---|
| Total Due | $377.60 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$377.60** |
| *After  3/9/2016    Pay* | *$415.36* |



**WILCOX & FETZER**
A NextGen Company
999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 888.267.1200  f: 267.775.3310

# INVOICE

**Invoice No.**  24504

**Invoice Date**  2/9/2016

**Payment Terms**  Due on receipt

**BILL TO:**

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street - 7th Floor
Wilmington, Delaware 19801-1186

**Case Name**   In re: Diamondhead Casino Corporation

**Witness**   F. Richard Stark

**Event Date**   12/29/2015

**Matter No.**

**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY | AMOUNT |
|---|---|---|
| Original Transcript & 1 Copy - Video/Non-Technical Testimony | 71 | 308.85 |
| Mini/Condensed Transcript - Complimentary | | 0.00 |
| PTX / PDF Files - Complimentary | | 0.00 |
| E-Bundle / Lit Support Package | | 37.50 |
| Reporter/Appearance Fee - Complimentary | | 0.00 |
| Remote Video Streaming - Per Hour - Complimentary | | 0.00 |
| Processing/Handling | | 15.00 |
| Shipping/Delivery - Complimentary | | 0.00 |

Remote video deposition held in Wilmington, DE.

Tax ID: 27-1726128      1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

**FOR PAYMENT BY CREDIT CARD**

Card Type (please circle) : Visa  /  Mastercard  /  American Express

Card Number _____ CVC ____ EXP ____

Billing Address _____

_____

Name on Card _____

Signature _____

| | |
|---|---|
| Total Due | $361.35 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$361.35** |
| *After  3/9/2016    Pay* | *$397.49* |



# INVOICE

**WILCOX & FETZER**
A NextGen Company
999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 888.267.1200  f: 267.775.3310

**Invoice No.**  24505

**Invoice Date**  2/9/2016

**Payment Terms**  Due on receipt

**BILL TO:**

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street - 7th Floor
Wilmington, Delaware 19801-1186

**Case Name**  In re: Diamondhead Casino Corporation

**Witness**  David J. Towner

**Event Date**  12/29/2015

**Matter No.**

**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY | AMOUNT |
|---|---|---|
| Original Transcript & 1 Copy - Video/Non-Technical Testimony | 46 | 200.10 |
| Mini/Condensed Transcript - Complimentary | | 0.00 |
| PTX / PDF Files - Complimentary | | 0.00 |
| E-Bundle / Lit Support Package | | 37.50 |
| Reporter Appearance Fee - Complimentary | | 0.00 |
| Remote Video Streaming - Per Hour - Complimentary | | 0.00 |
| Provision of remote deposition equipment and training | | 125.00 |
| Processing/Handling | | 15.00 |
| Shipping/Delivery - Complimentary | | 0.00 |

Remote video deposition held in Wilmington, DE.

Tax ID: 27-1726128          1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

**FOR PAYMENT BY CREDIT CARD**

Card Type (please circle)   Visa  /  Mastercard  /  American Express

Card Number _____ CVC _____ EXP _____

Billing Address _____

Name on Card _____

Signature _____

| | |
|---|---|
| Total Due | $377.60 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$377.60** |
| *After  3/9/2016  Pay* | *$415.36* |



## WILCOX & FETZER
### A NextGen Company
999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 888.267.1200  f: 267.775.3310

# INVOICE

**Invoice No.** 24585

**Invoice Date** 2/11/2016

**Payment Terms** Due on receipt

**BILL TO:**

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street - 7th Floor
Wilmington, Delaware 19801-1186

**Case Name**   In re: Diamondhead Casino Corporation

**Witness**   Jason Giller

**Event Date**   1/9/2016

**Matter No.**

**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY | AMOUNT |
|---|---|---|
| Original Transcript & 1 Copy - Video/Non-Technical Testimony | 68 | 292.40 |
| 3-Day Delivery | 68 | 233.92 |
| Mini/Condensed Transcript - Complimentary | | 0.00 |
| PTX / PDF Files - Complimentary | | 0.00 |
| Scanned exhibits | | 9.45 |
| E-Bundle / Lit Support Package | | 37.50 |
| Remote Video Streaming - Per Hour - Complimentary | | 0.00 |
| Reporter Appearance Fee - Complimentary | | 0.00 |
| Processing/Handling | | 15.00 |
| Shipping/Delivery - Complimentary | | 0.00 |

Our office has a new billing address
Please update your records
Wilcox & Fetzer
999 Old Eagle School Road
Suite 118 Wayne PA 19087

Tax ID: 27-1726128        1.5% finance charge per month on delinquent balances.        Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)  Visa  /  Mastercard  /  American Express

Card Number _____ CVC ____ EXP ____

Billing Address _____

Name on Card _____

Signature _____

| | |
|---|---|
| Total Due | $588.27 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$588.27** |
| *After 3/11/2016   Pay* | $647.10 |



## WILCOX & FETZER
A NextGen Company
999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 888.267.1200  f: 267.775.3310

# INVOICE

**Invoice No.**  24645

**Invoice Date**  2/12/2016

**Payment Terms**  Due on receipt

**BILL TO:**

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street - 7th Floor
Wilmington, Delaware 19801-1186

**Case Name**    In re: Diamondhead Casino Corporation

**Witness**    Benjamin Harrell

**Event Date**    1/12/2016

**Matter No.**

**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Video/Non-Technical Testimony | 65 | 256.75 |
| 6-Day Delivery | 65 | 39.00 |
| Mini/Condensed Transcript - Complimentary | | 0.00 |
| PTX / PDF Files - Complimentary | | 0.00 |
| Scanned exhibits | | 82.65 |
| E-Bundle / Lit Support Package | | 37.50 |
| Processing/Handling | | 15.00 |
| Shipping/Delivery - Complimentary | | 0.00 |
| Remote video deposition held in Wilmington, DE | | |

Tax ID: 27-1726128          1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)   Visa   /   Mastercard   /   American Express

Card Number _____  CVC _____  EXP _____

Billing Address _____

_____

Name on Card _____

Signature _____

| | |
|---|---|
| **Total Due** | $430.90 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$430.90** |
| *After 3/12/2016   Pay* | $473.99 |



**WILCOX & FETZER**
A NextGen Company
999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 888.267.1200  f: 267.775.3310

# INVOICE

**Invoice No.** 24646

**Invoice Date** 2/12/2016

**Payment Terms** Due on receipt

**BILL TO:**

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street - 7th Floor
Wilmington, Delaware 19801-1186

**Case Name**   In re: Diamondhead Casino Corporation

**Witness**   Martin Blount

**Event Date**   1/12/2016

**Matter No.**

**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY. | AMOUNT |
| --- | --- | --- |
| Transcript Copy - Video/Non-Technical Testimony | 37 | 146.15 |
| 6-Day Delivery | 37 | 22.20 |
| Mini/Condensed Transcript - Complimentary | | 0.00 |
| PTX / PDF Files - Complimentary | | 0.00 |
| E-Bundle / Lit Support Package | | 37.50 |
| Processing/Handling | | 15.00 |
| Shipping/Delivery - Complimentary | | 0.00 |
| Remote video deposition held in Wilmington, DE | | |

Tax ID: 27-1726128        1.5% finance charge per month on delinquent balances.        Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle):   Visa   /   Mastercard   /   American Express

Card Number _____ CVC _____ EXP _____

Billing Address: _____

Name on Card _____

Signature _____

| | |
| --- | --- |
| Total Due | $220.85 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$220.85** |
| *After 3/12/2016   Pay* | *$242.94* |

# NEXTGEN | REPORTING

**Making Litigation Easier.**    NextGenReporting.com

# INVOICE

999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 888.267.1200  f: 267.775.3310

**Invoice No.**  24960

**Invoice Date**  2/19/2016

**Payment Terms**  Due on receipt

**BILL TO:**

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street - 7th Floor
Wilmington, Delaware 19801-1186

**Case Name**  In re: Diamondhead Casino Corporation

**Witness**  John R. Rogers

**Event Date**  1/13/2016

**Matter No.**

**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY | AMOUNT |
|---|---|---|
| Original Transcript & 1 Copy - Video Deposition - Next Day Expedite | 43 | 354.75 |
| Mini/Condensed Transcript - Complimentary | | 0.00 |
| PTX / PDF Files - Complimentary | | 0.00 |
| E-Bundle / Lit Support Package | | 37.50 |
| Reporter Appearance Fee - Complimentary | | 0.00 |
| Processing/Handling - Expedited | | 20.00 |
| Shipping/Delivery - Complimentary | | 0.00 |

Tax ID: 27-1726128        1.5% finance charge per month on delinquent balances.        Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)  Visa  /  Mastercard  /  American Express

Card Number _____ CVC ____ EXP ____

Billing Address _____

Name on Card _____

Signature _____

| | |
|---|---|
| Total Due | $412.25 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$412.25** |
| *After 3/19/2016  Pay* | *$453.48* |

# Exhibit B

| | | | | |
|---|---|---|---|---|
| **IN RE: DIAMONDHEAD CASINO CORPORATION**<br>**EXPENSES INCURRED BY THE COMPANY** | | | | |
| **Exhibit B** | **Date** | **Amount** | **Check** | **To** |
| | | | | |
| | 11-20-15 | 378.09 | 14413 | Retrievex |
| | 12-16-15 | 84.79 | 14432 | Retrievex |
| | | | | |
| | **TOTAL** | **462.79** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page 1 of 3

**Retrievex**
An **Access** Company
PO Box 415938
Boston, MA 02241-5938



# Invoice

_____

**1 877 FileLine | InformationProtected.com**

ıllıılllıllıılıılılılılılıllıılılılllllılllllılllıllılıllllı
0000768-0002471 D0208 001 ------ 503752
**DIAMONDHEAD CASINO CORPORATION**
Attn: ATTN ACCTS PAYABLE
1013 Princess Street
Alexandria, VA 22314

| | |
|---|---|
| Service Billing Period | 10/31/2015 |
| Date: | 10/31/2015 |
| Invoice #: | 1176619 |
| Customer #: | 601 |

| | |
|---|---|
| **Total Amount Due:** | $378.09 |
| By:11/30/2015 | |
| **Total Enclosed:** | |

_050601_

Remit To: PO Box 415938 Boston, MA 02241-5938
_When making payment, please reference invoice number 1176619_

**NOTE:**      MAIN

| QTY ITEMS | SERVICE DESCRIPTION | QUANTITY | RATE | TAX | FEE |
|---|---|---|---|---|---|
| **Service** | | | | | |
| | Phone/Fax/Email Order Surcharge | 1.00 | 5.0000 | N | 5.00 |
| | Retrieve Container - Emergency | 7.00 | 5.5000 | N | 38.50 |
| | Administration Charge | 1.00 | 30.0000 | N | 30.00 |
| | Breach Reporting Services Provided by CSR | 1.00 | 14.9500 | N | 14.95 |
| | **TOTAL FOR Service** | | | | **88.45** |
| | **TAX** | | | | **0.00** |
| **Transportation** | | | | | |
| | Fuel surcharge applied at a rate of 4.000 % | | | N | 11.14 |
| | Special Transportation - After Hours | 1.00 | 278.5000 | N | 278.50 |
| | **TOTAL FOR Transportation** | | | | **289.64** |
| | **TAX** | | | | **0.00** |
| | **SUB-TOTAL** | | | | 378.09 |
| | **TAX** | | | | 0.00 |
| | **INVOICE TOTAL** | | | | **$378.09** |

PLEASE NOTE: _To the extent you do not have a currently effective written contract for services with an Access or Retrievex company, by paying this invoice, you agree that the terms and conditions found on_ http://informationprotected.com/access-service-terms-and-conditions _(May 2014 version) will apply to and govern the storage, document destruction, imaging and other services provided to you by such company and, therefore,_ **WILL AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.** _However, if you have a currently effective written contract for services with an Access or Retrievex company, the terms and conditions of your written contract will continue to apply as provided in such contract. As determined appropriate by Access, payments that do not reference a specific invoice will be applied to the oldest outstanding invoice._





**Retrievex**
An Access Company
PO Box 415938
Boston, MA 02241-5938

Page 2 of 3

# Invoice

**1 877 FileLine  |  InformationProtected.com**

## Departmental Detail

**DIAMONDHEAD CASINO CORPORATION**
1013 Princess Street
Alexandria, VA 22314

Date: 10/31/2015
Invoice #: 1176619
Customer #: 601
PO #:

NOTE:      MAIN

| QTY ITEMS | SERVICE DESCRIPTION | QUANTITY | RATE | TAX | FEE |
|---|---|---|---|---|---|
| **Department:** | | | | | |
| **Service** | | | | | |
| | Administration Charge | 1.0000 | 30.00 | N | 30.00 |
| | Breach Reporting Services Provided by CSR | 1.0000 | 14.95 | N | 14.95 |
| | TOTAL FOR Service | | | | 44.95 |
| | Subtotal For Department - None | | | | $44.95 |



# Invoice

**1 877 FileLine | InformationProtected.com**

## Departmental Detail

**DIAMONDHEAD CASINO CORPORATION**
1013 Princess Street
Alexandria, VA 22314

Date: **10/31/2015**
Invoice #: **1176619**
Customer #: **601**
PO #:

NOTE:    MAIN

| QTY ITEMS | SERVICE DESCRIPTION | QUANTITY | RATE | TAX | FEE |
|---|---|---|---|---|---|
| **Department: 001 -** | | | | | |
| **Service** | | | | | |
| | Phone/Fax/Email Order Surcharge | 1.0000 | 5.00 | N | 5.00 |
| | Retrieve Container - Emergency | 7.0000 | 5.50 | N | 38.50 |
| | TOTAL FOR Service | | | | 43.50 |
| **Transportation** | | | | | |
| | Fuel surcharge applied at a rate of 4.000 % | | | N | 11.14 |
| | Special Transportation - After Hours | 1.0000 | 278.50 | N | 278.50 |
| | TOTAL FOR Transportation | | | | 289.64 |
| | Subtotal For Department - 001 | | | | $333.14 |





**601**

Department: 001



Work Order: 5027992

## Emergency Service After Hours

Due Date 10/12/2015  4:47:44PM

601-DIAMONDHEAD CASINO CORPORATION
1013 Princess Street
Alexandria, VA 22314

| | | |
|---|---|---|
| Requested By | DEBORAH A VITALE | |
| Phone | 703-683-6800 | |
| Reference | | |
| Route | | |
| Warehouse List | VAM01, VAM02, VAM04, VAM05 | |

Contact    Debra Vitale          Phone   703-683-6800

Work Order Type          Emergency Service After Hours
Notes:

Requested For: DEBORAH A VITALE                    Department:    001

SR-ORDER

| Item Code | Item Type | Action | Reference 1<br>Reference 2 | Reference 3<br>Reference 4 | Reference 5 |
|---|---|---|---|---|---|

Requested For: DEBORAH A VITALE                    Department:    001

**Phone/Fax/Email Order Surcharge**

Phone/Fax/Email Order Surcharge

| | | | | | |
|---|---|---|---|---|---|
| 601000069001 | BOX | Retrieve Container - Emergency | 000069001 | | |

**Retrieve Container - Emergency**

| | | | | | |
|---|---|---|---|---|---|
| 601000092001 | BOX | Retrieve Container - Emergency | 000092001 | | |

**Retrieve Container - Emergency**

| | | | | | |
|---|---|---|---|---|---|
| 601000093001 | BOX | Retrieve Container - Emergency | 000093001 | | |

**Retrieve Container - Emergency**



**Retrievex**
An Access Company
**Access**

**601**
Department: 001



Work Order: 5027992

# Emergency Service After Hours

Due Date **10/12/2015   4:47:44PM**

**Requested For: DEBORAH A VITALE**

|  |  |  | Department: | **001** |
|---|---|---|---|---|
| 601000094001 | BOX | Retrieve Container - Emergency | | 000094001 |

**Retrieve Container - Emergency**

| 601000097001 | BOX | Retrieve Container - Emergency | 000097001 |

**Retrieve Container - Emergency**

| 601000098001 | BOX | Retrieve Container - Emergency | 000098001 |

**Retrieve Container - Emergency**

| 601000149001 | BOX | Retrieve Container - Emergency |

**Retrieve Container - Emergency**

---

**Itemized Pickups / Deliveries**

Deliver BOX

7

**Picked up at Customer**

_____ BOX          _____ FILE          _____ DOCUMENT          _____ MEDIA

_____          _____          *10-12-15*          *7:15P.M.*

**Driver Signature**          **Date/Time**          **Customer Signature**          **Date/Time**

Rev: 20130913  Printed        10/12/2015 - 3:19 pm        Prepared By AWEEKES        Created        10/12/15  4:37:01PM        Page 2 of 2

# Retrievex◆
An **Access** Company
PO Box 782998
Philadelphia, PA 19178-2998

# Invoice

**1 877 FileLine | InformationProtected.com**

0000072-0000325 D0208 001 ------ 510002
**DIAMONDHEAD CASINO CORPORATION**
Attn: ATTN ACCTS PAYABLE
1013 Princess Street
Alexandria, VA 22314

| | |
|---|---|
| Service Billing Period | 11/30/2015 |
| Date: | 11/30/2015 |
| Invoice #: | 1207302 |
| Customer #: | 601 |

| | |
|---|---|
| Total Amount Due: By:12/30/2015 | $84.79 |
| Total Enclosed: | |

*050601*

Remit To: PO Box 782998 Philadelphia, PA 19178-2998
*When making payment, please reference invoice number 1207302*

**NOTE:**    MAIN

| QTY ITEMS | SERVICE DESCRIPTION | QUANTITY | RATE | TAX | FEE |
|---|---|---|---|---|---|
| **Service** | | | | | |
| | Phone/Fax/Email Order Surcharge | 1.00 | 5.0000 | N | 5.00 |
| | Administration Charge | 1.00 | 30.0000 | N | 30.00 |
| | Breach Reporting Services Provided by CSR | 1.00 | 14.9500 | N | 14.95 |
| | **TOTAL FOR Service** | | | | 49.95 |
| | TAX | | | | 0.00 |
| **Transportation** | | | | | |
| | Fuel surcharge applied at a rate of 4.000 % | | | N | 1.34 |
| | Standard Transportation - Next Day Service (1st Box inc) | 1.00 | 33.5000 | N | 33.50 |
| | **TOTAL FOR Transportation** | | | | 34.84 |
| | TAX | | | | 0.00 |
| | SUB-TOTAL | | | | 84.79 |
| | TAX | | | | 0.00 |
| | **INVOICE TOTAL** | | | | **$84.79** |

PLEASE NOTE: *To the extent you do not have a currently effective written contract for services with an Access or Retrievex company, by paying this invoice, you agree that the terms and conditions found on* http://informationprotected.com/access-service-terms-and-conditions *(May 2014 version) will apply to and govern the storage, document destruction, imaging and other services provided to you by such company and, therefore,* **WILL AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.** *However, if you have a currently effective written contract for services with an Access or Retrievex company, the terms and conditions of your written contract will continue to apply as provided in such contract. As determined appropriate by Access, payments that do not reference a specific invoice will be applied to the oldest outstanding invoice.*



# Retrievex◆
An **Access** Company

PO Box 782998
Philadelphia, PA 19178-2998

# Invoice

**1 877 FileLine | InformationProtected.com**

## Departmental Detail

**DIAMONDHEAD CASINO CORPORATION**
1013 Princess Street
Alexandria, VA 22314

**Date: 11/30/2015**
**Invoice #: 1207302**
**Customer #: 601**
**PO #:**

NOTE:    MAIN

| QTY ITEMS | SERVICE DESCRIPTION | QUANTITY | RATE | TAX | FEE |
|---|---|---|---|---|---|
| **Department:** | | | | | |
| **Service** | | | | | |
| | Administration Charge | 1.0000 | 30.00 | N | 30.00 |
| | Breach Reporting Services Provided by CSR | 1.0000 | 14.95 | N | 14.95 |
| | TOTAL FOR Service | | | | 44.95 |
| | Subtotal For Department - None | | | | $44.95 |



# Invoice

**1 877 FileLine | InformationProtected.com**

PO Box 782998
Philadelphia, PA 19178-2998

## Departmental Detail

**DIAMONDHEAD CASINO CORPORATION**
1013 Princess Street
Alexandria, VA 22314

Date: **11/30/2015**
Invoice #: **1207302**
Customer #: **601**
PO #:

NOTE:    MAIN

| QTY ITEMS | SERVICE DESCRIPTION | QUANTITY | RATE | TAX | FEE |
|---|---|---|---|---|---|
| **Department: 001 -** | | | | | |
| **Service** | | | | | |
| | Phone/Fax/Email Order Surcharge | 1.0000 | 5.00 | N | 5.00 |
| | **TOTAL FOR Service** | | | | 5.00 |
| **Transportation** | | | | | |
| | Fuel surcharge applied at a rate of 4.000 % | | | N | 1.34 |
| | Standard Transportation - Next Day Service (1st Box inc) | 1.0000 | 33.50 | N | 33.50 |
| | **TOTAL FOR Transportation** | | | | 34.84 |
| | Subtotal For Department - 001 | | | | $39.84 |



0000072-0000327

# Exhibit C

| **IN RE: DIAMONDHEAD CASINO CORPORATION**<br>**TRAVEL AND COPYING COSTS**<br>**EXHIBIT C** |
|---|---|---|---|
| **Date** | **Amount** | | **Purpose** |
| 10-11-15<br>Closing date | 315.66 | American Express | 84.15<br>35.91<br>15.00<br>25.68<br>17.00<br>122.00<br>6.04<br>9.88 |
| 11-10-15<br>Closing Date | 1,298.60 | American Express | 28.39<br>175.00<br>87.00<br>33.00<br>7.00<br>33.48<br>121.00<br>28.90<br>138.00<br>28.77<br>6.04<br>31.70<br>103.00<br>36.00<br>127.50<br>66.50<br>247.32 |
| | **$1,614.26** | **Deborah Vitale** | |
| 10-26-15 | **$1,020.00** | Gregory Harrison, Director | Reimbursement of travel expenses for trips to Delaware for Deposition & Court Hearings |
| 1-19-16 | **$      193.33** | Rob Crow, Director | Reimbursement of travel expenses for trip to Delaware for 1-15-16 Hearing |
| | **$2,827.59** | **TOTAL TRAVEL COSTS** | |
| | | | |
| Closing Date | | | **COPYING COSTS** |

| IN RE: DIAMONDHEAD CASINO CORPORATION<br>TRAVEL AND COPYING COSTS<br>EXHIBIT C | | | |
|---|---|---|---|
| 10-11-15 | 947.76 | American Express | $934.85<br>12.91 |
| 11-10-15 | 514.88 | American Express | $ 22.11<br>136.97<br>.29<br>62.34<br>46.11<br>134.96<br>112.10 |
| | **$1,462.64** | **TOTAL COPYING COSTS** | |
| | | | |

EXHIBIT C
AMERICAN EXPRESS



 **Business Platinum Card®**
DIAMONDHEAD CASINO
DEBORAH A VITALE
Closing Date 10/11/15    Next Closing Date 11/10/15

**OPEN.**

p. 1/12

Account Ending

| | |
|---|---|
| New Balance | $2,026.62 |
| Please Pay By | 10/26/15 ‡ |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

→ See page 2 for Important Information about your account.

→ See Page 7    for Important Information About Your Account

ⓘ **Important Change to Your Account Benefits**
As of January 1, 2016, the Limousine Program will no longer be available as a Business Platinum Card® Member benefit. All Limousine Program bookings made through 11:59 PM EST on December 31, 2015 (including any previously made bookings) will be eligible for 2 extra Membership Rewards® points on each dollar spent.

To learn more about your Business Platinum Card benefits, visit www.open.com/businessplatinum.

**Membership Rewards® Points**
Available and Pending as of 08/31/15
141,252
For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

| | |
|---|---|
| Previous Balance | $1,054.99 |
| Payments/Credits | -$1,102.38 |
| New Charges | +$2,074.01 |
| Fees | +$0.00 |
| New Balance | $2,026.62 |

Days In Billing Period:  31

**Customer Care**

☐ **Pay by Computer**
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-8468 | 1-800-472-9297 |

→ See page 2 for additional information.



↓ Please fold on the perforation below, detach and return with your payment ↓

**Business Platinum Card®**
DIAMONDHEAD CASINO
DEBORAH A VITALE
Closing Date 10/11/15

**OPEN** sm

p. 3/12

Account Ending ▇▇▇

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$1,054.99 |
| Credits | -$47.39 |
| Total Payments and Credits | -$1,102.38 |

### Detail   *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 09/25/15* | PAYMENT RECEIVED - THANK YOU | -$1,054.99 |

| Credits | | Amount |
|---|---|---|
| 10/08/15* | 5% Statement Credit or 2 additional MR points OPEN Savings at FedEx Office. SEE SUMMARY GRID FOR MORE INFORMATION | -$46.74 |
| 10/10/15* | 5% Statement Credit or 2 additional MR points OPEN Savings at FedEx Office. SEE SUMMARY GRID FOR MORE INFORMATION | -$0.65 |

## New Charges

### Summary

| | Total |
|---|---|
| Total New Charges | $2,074.01 |

### Detail

DEBORAH A VITALE
Card Ending ▇▇▇

| | Amount |
|---|---|



Continued on reverse

DEBORAH A VITALE                              Account Ending ▉▉▉▉▉▉                              p. 4/12

| Detail Continued | | | | | Amount |
|---|---|---|---|---|---|
| 09/23/15 | AMTRAK INTERNET SALEWASHINGTON | DC | | | $84.15 |
| | From:              ALX | | | | |
| | To:                 WIL | | *Bankruptcy Case* | | |
| | Ticket Number: 2660628598038 | | | | |
| | 1 (800) 872-7245 | | | | |
| 09/24/15 | HITCH        WASHINGTON      DC | | *"* | | $35.91 |
| | 2028104482 | | | | |
| 09/24/15 | VETERAN'S TAXI      Wilmington      DE | | *"* | | $15.00 |
| | squareup.com/receipts | | | | |
| 09/24/15 | GO GREEN CAB      Washington      DC | | *"* | | $25.68 |
| | squareup.com/receipts | | | | |
| 09/24/15 | AMTRAK TICKET SALES WASHINGTON | DC | *"* | | $17.00 |
| | From:              WAS | | | | |
| | To:                 WIL | | | | |
| | Ticket Number: 2679978525458 | | | | |
| | 1 (800) 872-7245 | | | | |
| 09/24/15 | AMTRAK TICKET SALES WASHINGTON | DC | *"* | | $122.00 |
| | From:              WIL | | | | |
| | To:                 WAS | | | | |
| | Ticket Number: 2678719575038 | | | | |
| | 1 (800) 872-7245 | | | | |
| 09/24/15 | EINSTEIN BROS BAGLESWASHINGTON | DC | *"* | | $6.04 |
| | 202-589-1740 | | | | |
| | Description | | | | |
| | FOOD/BEVERAGE | | | | |
| | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | | | |
| 09/25/15 | CURB        ALEXANDRIA      VA | | *"* | | $9.88 |
| | 7035492500 | | | | |
| | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | | | |
| 10/06/15 | FEDEX OFFICE      ALEXANDRIA      VA | | *Bankruptcy Case* | | $934.85 |
| | 1-888-889-7121 | | *Copies* | | |
| | BW 15 ON 24# WHT | | | | |
| | MACHINE STAPLING | | | | |
| 10/09/15 | FEDEX OFFICE      ALEXANDRIA      VA | | *"* | | $12.91 |
| | 0000 223141 | | | | |
| | ES B&W S/S WHITE 8.5 X11 | | | | |

| Fees | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

Continued on next page

AMERICAN EXPRESS
BANKRUPTCY COSTS:  $1851.48



**Business Platinum Card®**
DIAMONDHEAD CASINO
DEBORAH A VITALE
Closing Date 11/10/15    Next Closing Date 12/11/15

**OPEN** SM

p. 1/11

Account Ending ▮▮▮▮

| New Balance | $3,501.85 |
|---|---|
| Please Pay By | 11/25/15 ‡ |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

→ See page 2 for Important Information about your account.

→ See Page 8     for Important Changes to Your Account Benefits.

**ACCESS YOUR ONLINE ACCOUNT IMMEDIATELY**
Manage your business with 24/7 access.

| Check latest balance | View purchase history | Pay bill |
|---|---|---|

Visit open.com/myaccount

**Membership Rewards® Points**
Available and Pending as of 09/30/15
141,858
For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

| Previous Balance | $2,026.62 |
|---|---|
| Payments/Credits | -$2,052.38 |
| New Charges | +$3,527.61 |
| Fees | +$0.00 |
| New Balance | $3,501.85 |

Days in Billing Period:  30

**Customer Care**

Pay by Computer
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-8468 | 1-800-472-9297 |

→ See page 2 for additional information.





↓ Please fold on the perforation below, detach and return with your payment ↓

**Business Platinum Card**
DIAMONDHEAD CASINO
DEBORAH A VITALE
Closing Date 11/10/15

OPEN su

p. 3/11

Account Ending ▮▮▮▮

## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | -$2,026.62 |
| Credits | -$25.76 |
| Total Payments and Credits | -$2,052.38 |

### Detail    *Indicates posting date

| Payments |  | Amount |
|---|---|---|
| 10/28/15* | PAYMENT RECEIVED - THANK YOU | -$2,026.62 |

| Credits |  | Amount |
|---|---|---|
| 10/16/15* | 5% Statement Credit or 2 additional MR points OPEN Savings at FedEx Office. SEE SUMMARY GRID FOR MORE INFORMATION | -$0.01 |
| 10/16/15* | 5% Statement Credit or 2 additional MR points OPEN Savings at FedEx Office. SEE SUMMARY GRID FOR MORE INFORMATION | -$1.11 |
| 10/16/15* | 5% Statement Credit or 2 additional MR points OPEN Savings at FedEx Office. SEE SUMMARY GRID FOR MORE INFORMATION | -$6.85 |
| 10/22/15* | 5% Statement Credit or 2 additional MR points OPEN Savings at FedEx Office. SEE SUMMARY GRID FOR MORE INFORMATION | -$3.12 |
| 10/23/15* | 5% Statement Credit or 2 additional MR points OPEN Savings at FedEx Office. SEE SUMMARY GRID FOR MORE INFORMATION | -$2.31 |
| 11/07/15* | 5% Statement Credit or 2 additional MR points OPEN Savings at FedEx Office. SEE SUMMARY GRID FOR MORE INFORMATION | -$6.75 |
| 11/07/15* | 5% Statement Credit or 2 additional MR points OPEN Savings at FedEx Office. SEE SUMMARY GRID FOR MORE INFORMATION | -$5.61 |

## New Charges

### Summary

|  | Total |
|---|---|
| Total New Charges | $3,527.61 |

### Detail

DEBORAH A VITALE
Card Ending ▮▮▮▮

Amount

DEBORAH A VITALE

Account Ending 2-93005

p 4/11

---

| Detail Continued | |
|---|---|
| | **Amount** |

| Date | Description | Amount |
|---|---|---|
| 10/13/15 | FEDEX OFFICE    ALEXANDRIA    VA<br>ALEXANDRIA    VA<br>1-888-889-7121<br>COMB MIXED CVR>1" | $22.11 |
| | *Copies - Emergency Motion* | |
| 10/13/15 | FEDEX OFFICE    ALEXANDRIA    VA<br>ALEXANDRIA    VA<br>0000 223141<br>ES B&W S/S WHITE 8.5 X11 | $136.97 |
| | *Copies - Emergency Motion* | |
| 10/13/15 | FEDEX OFFICE    ALEXANDRIA    VA<br>ALEXANDRIA    VA<br>0000 223141<br>ES B&W S/S WHITE 8.5 X11 | $0.29 |
| | *Copies - Emergency Motion* | |
| 10/14/15 | CURB    ALEXANDRIA    VA<br>ALEXANDRIA    VA<br>7035492500 | $28.39 |
| | *TAXI - Emergency Motion* | |
| 10/14/15 | AMTRAK TICKET SALES WASHINGTON    DC<br>WASHINGTON    DC<br>From:    WAS<br>To:    WIL<br>Ticket Number:2877765503353<br>1 (800) 872-7245 | $175.00 |
| | *Emergency Motion* | |
| 10/14/15 | AMTRAK TICKET SALES WASHINGTON    DC<br>WASHINGTON    DC<br>From:    WIL<br>To:    WAS<br>Ticket Number:2875855618354<br>1 (800) 872-7245 | $87.00 |
| | *Emergency Motion* | |
| 10/14/15 | CAFE MEZZANOTTE 6500WILMINGTON    DE<br>WILMINGTON    DE<br>3026587050<br>TIP    $10.00 | $33.00 |
| | *Emergency Motion* | |
| 10/14/15 | AMTRAK ACELA CAFE QWASHINGTON    DC<br>WASHINGTON    DC<br>800-872-7245<br>Description<br>FAST FOOD RESTAURAN | $7.00 |
| | *Emergency Motion* | |
| 10/14/15 | TAXICHARGE- WASHINGTWASHINGTON    DC<br>WASHINGTON    DC<br>TAXICAB & LIMOUSINE | $33.48 |
| | *Emergency Motion* | |
| 10/15/15 | AMTRAK INTERNET SALEWASHINGTON    DC<br>WASHINGTON    DC<br>From:    WAS<br>To:    WIL<br>Ticket Number:2880605616401<br>1 (800) 872-7245 | $121.00 |
| | *Emergency Motion* | |
| 10/16/15 | CURB    ALEXANDRIA    VA<br>ALEXANDRIA    VA<br>7035492500 | $28.90 |
| | *TAXI - Emergency Motion* | |

Continued on next page

 **Business Platinum Card®**
DIAMONDHEAD CASINO
DEBORAH A VITALE
Closing Date 11/10/15

 **OPEN**℠


p. 5/11

Account Ending ███

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 10/16/15 | AMTRAK TICKET SALES WASHINGTON    DC<br>WASHINGTON    DC<br>From:                    WIL<br>To:                        WAS<br>Ticket Number: 2892104610751<br>1 (800) 872-7245 | *Emergency Motion* | $138.00 |
| 10/16/15 | VTS DISTRICT CAB VTSWASHINGTON DC    DC<br>WASHINGTON DC    DC<br>GOVERNMENT SERVICE<br>Description<br>TAXI: A862<br>20:51 61 Massachus<br>21:07 1876 Carpent | *Taxi - Emergency Motion* | $28.77 |
| 10/16/15 | EINSTEIN BROS BAGLESWASHINGTON    DC<br>WASHINGTON    DC<br>202-589-1740<br>Description<br>FOOD/BEVERAGE | *Emergency Motion* | $6.04 |
| 10/17/15 | FEDEX OFFICE    ALEXANDRIA    VA<br>ALEXANDRIA    VA<br>1-888-889-7121<br>BW 1S COPY/PRINT<br>COIL MIXED COVERS | *COPIES*<br>*Emergency Motion* | $62.34 |
| 10/18/15 | FEDEX OFFICE    ALEXANDRIA    VA<br>ALEXANDRIA    VA<br>1-888-889-7121<br>BW 1S ON 24# WHT | *Copies - Emergency Motion* | $46.11 |
| 10/19/15 | CURB    ALEXANDRIA    VA<br>ALEXANDRIA    VA<br>7035492500 | *TAXI - Emergency Motion* | $31.70 |
| 10/19/15 | AMTRAK QUIK TRAK WASWASHINGTON    DC<br>WASHINGTON    DC<br>From:                    WAS<br>To:                        WIL<br>Ticket Number: 2921182614557<br>1 (800) 872-7245 | *Emergency Motion* | $103.00 |
| 10/20/15 | ALL STATE CAB    Wilmington    DE<br>Wilmington    DE<br>squareup.com/receipts | *Emergency Motion* | $36.00 |

DEBORAH A VITALE                    Account Ending ▓▓

p. 8/11

┌─────────────────────────────────────────────────────────────────┐
│ Detail Continued                                                  │
└─────────────────────────────────────────────────────────────────┘

| | | | | Amount |
|---|---|---|---|---|

| 10/20/15 | ACTION TAXI 0040  ROCKVILLE      MD | | *Vitale from Wilmington to Rockville then cab to Aice Emergency Motion* | $127.50 |
| | ROCKVILLE        MD | | | |
| | 301-840-1000 | | | |
| | Description | | | |
| | CHARTER SERVICE | | | |

| 10/20/15 | CHELSEA TAVERN 0682 WILMINGTON        DE | | | $66.50 |
| | WILMINGTON         DE | | | |
| | 302-482-3333 | | | |
| | Description | | | |
| | FOOD/BEVERAGE | | *Emergency Motion* | |

| 1▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | |

| 10/21/15 | DOUBLE TREE - WILMINWILMINGTON      DE | | | $247.32 |
| | WILMINGTON          DE | | | |
| | Arrival Date | Departure Date | | |
| | 10/19/15 | 10/20/15 | | |
| | 00000000 | | | |
| | LODGING | | *Emergency Motion* | |

| 11/02/15 | FEDEX OFFICE   ALEXANDRIA    VA | | | $134.96 |
| | ALEXANDRIA    VA | | | |
| | 1-888-889-7121 | | | |
| | COIL MIXED COVERS | | *Emergency Motion* | |
| | BW 15 ON 24# WHT | | *Bankruptcy Case Depositions/ Transcripts* | |

Continued on next page

**Business Platinum Card®**
DIAMONDHEAD CASINO
DEBORAH A VITALE
Closing Date 11/10/16

**OPEN**

Account Ending

---

| Detail Continued | |
|---|---|
| | **Amount** |

| | | | | Amount |
|---|---|---|---|---|
| 11/02/15 | FEDEX OFFICE    ALEXANDRIA    VA | | | $112.10 |
| | ALEXANDRIA    VA | | | |
| | 1-888-889-7121 | | | |
| | BW 1S ON 24# WHT | | | |
| | COIL MIXED COVERS | | | |
| | COIL MIXED CVR>1" | | | |

*Emergency Motion - Depositions / Transcripts*

| Fees | |
|---|---|
| | **Amount** |
| Total Fees for this Period | $0.00 |

| 2015 Fees and Interest Totals Year-to-Date | |
|---|---|
| | **Amount** |
| Total Fees in 2015 | $450.00 |
| Total Interest in 2015 | $0.00 |



# Membership Rewards®
## Monthly Statement and Program News

Prepared for DEBORAH A VITALE          Account Number ███████

### Total Points Balance                                141,858

### Points Earned this Period                               606

| Account Summary | September 1, 2015 - September 30, 2015 |
|---|---|
| Opening Points Balance | 141,252 |
| Points Earned this Period | +606 |
| Points Used this Period | 0 |
| Reinstated Points and Adjustments | 0 |
| Total Points Balance | 141,858 |

Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.

### Questions About Your Account?

🖳 membershiprewards.com

1-800-297-1300
International Collect: 305-816-2799

### Did You Know?

**Use Points for Your Charges**
Use your Card for charges like travel, dining, groceries, and more, then go online and use the points you earned toward your eligible charges.

Learn more at
membershiprewards.com/yourcharges

| Points Transaction Detail | | | September 1, 2015 - September 30, 2015 |
|---|---|---|---|
| **Points Earned this Period** | **Points Activity On Eligible Charges** | **Bonus Points Awarded** | **Total Points Activity Per Card** |
| ██████ | 606 | 0 | 606 |
| Total | 606 | 0 | 606 |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. Forfeited points can be reinstated for a fee by calling the number provided below or visiting membershiprewards.com. Terms and Conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 305-816-2799.



**EXHIBIT C**
**HARRISON BANKRUPTCY COSTS: $1,020.00**

GREGORY A. HARRISON, Ph.D., P.E. & ASSOCIATES
16209 Kimberly Grove Road
Gaithersburg, MD 20878

Email: ███████████████████    Cell: ███████████

October 26, 2015

Dear Ms. Deborah Vitale, President/CEO
Diamondhead Casino Corporation
1013 Princess Street
Alexandria, VA

REF:  Deposition/Testimony Expenses; Gregory  Harrison

Dear Ms. Vitale:

My expenses incurred due to traveling to and from my deposition and trial testimony that took place in Wilmington, DE are as follows:

A.  Double Tree Hotel:...........................................................................$176.00
B.  Sheraton Hotel:..............................................................................$229.00
C.  Meals CC:.......................................................................................$30.00
D.  Meals Cash:....................................................................................$45.00
E.  Car Expense at Mileage Charge of $0.45 per mile (IRS uses $0.50 per mile):
    a.  Three trips to Wilmington, DE at 130 miles each way
    b.  6 X 130 miles equals 780 miles
    c.  780 miles X $0.45/Mile equals:.................................................. $351.00
F.  Parking  [$11.00 + $18.00 + $16.00]:...............................................$45.00
G.  Tolls & Express Lane Charges:
    A.  Each Way:  [$4 + $16 + $4]  equals $24.00
    B.  R. Trip equals $48.00
    C.  Three Trips equals 3 X $48.00:...............................................$144.00

████████████████████████████████████████████████████

Please place above invoice for payment upon receipt.   Please have Benny Harrell approve or disapprove payment of the above either in whole or in part.

With Professional Regards,

_____
Gregory A. Harrison, Vice President/Chairman

*Bankruptcy:*
*$1020.00*
*[signature]*

SHERATON SUITES WILMINGTON
422 Delaware Ave
Wilmington, DE 19801-1508 US

f— 302 654 8300
f— 302 654 6036


Sheraton

| GUEST / CLIENT | | | | TRAVEL AGENT / CHARGE TO |
|---|---|---|---|---|
| | ROOM | 1614 | | |
| Gregory Harrison | RATE | 209.00 | | |
| | # PERS. | 2 | | |
| 62209 Timmerbly Grove | FOLIO | 1029249 | EX-A | |
| Gaithersburg, MD 20878 | PAGE | 1 | | |
| United States. | ARRIVE | 19-OCT-15 | 23:38 | |
| | DEPART | 20-OCT-15 | | |
| | PAYMENT | VM | | |

| DATE | REFERENCE | DESCRIPTION | CHARGES / CREDITS |
|---|---|---|---|
| 19-OCT-15 | RT1614 | Room Chrg Retail | 209.00 |
| 19-OCT-15 | RT1614 | County Tax | 4.18 |
| 19-OCT-15 | RT1614 | Occupancy/Tourism Tax | 16.72 |
| 20-OCT-15 | VM | Visa/Mastercard | 229.90- |
| | | Balance Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 19-OCT-15 | 229.90 | 0.00 | 0.00 | 0.00 | 229.90 | 0.00 |
| Total | 229.90 | 0.00 | 0.00 | 0.00 | 229.90 | 0.00 |

Thank you for choosing Starwood Hotels We look forward to welcoming you back soon!

Upgrade to Sheraton Club on your next stay, where available. Enjoy a higher
level of comfort and convenience in Sheraton Club and discover a place to be
more productive, catch up with friends and enjoy complimentary breakfast,
drinks and all-day snacks. Learn more at www.sheraton.com/club

SIGNATURE  I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.
As a Starwood Preferred Guest, you could have earned
Starpoints for this visit. Please provide your member number
or enroll today.
Gregory Harrison                    ROOM    DEPART       AGENT
FOLIO  1029249  19-OCT-15           1614

**DOUBLETREE**
BY HILTON
DOWNTOWN WILMINGTON
LEGAL DISTRICT

700 King Street · Wilmington, DE 19801
Phone (302) 655-0400 · Fax (302) 655-0430
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

*Folio*

| Name & Address | |
|---|---|

HARRISON, GREGORY
16209 KIMBERLY GROVE RD
GAITHERSBURG MD 20878
UNITED STATES OF AMERICA

Room                311/NK1
Arrival Date        10/15/2015  3:07:00 AM
Departure Date      10/16/2015 12:59:00 PM

Adult/Child         2/0
Room Rate           160.55

Rate Plan:          SRN
HH #
AL:
Car:

Confirmation Number: 80897480

10/16/2015

*Holeman Stes
302-479-2000*

HHONORS
HILTON WORLDWIDE

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/15/2015 | 1635514 | GUEST ROOM | $160.55 |
| 10/15/2015 | 1635514 | OCCUPANCY TAX - 8% | $12.84 |
| 10/15/2015 | 1635514 | OCCUPANCY TAX - CITY | $3.21 |
| 10/16/2015 | 1635832 | VS *6811 | ($176.60) |
|  |  | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

|  |  | 10/15/2015 | STAY TOTAL |
|---|---|---|---|
| ROOM AND TAX |  | $176.60 | $176.60 |
| DAILY TOTAL |  | $176.60 | $176.60 |

WALDORF
ASTORIA
HOTELS & RESORTS

CONRAD
HOTELS & RESORTS

Hilton
HOTELS & RESORTS

DOUBLETREE
BY HILTON

EMBASSY
SUITES

Hilton
Garden Inn

Hampton

HOMEWOOD
SUITES
Hilton

HOME2
SUITES BY HILTON

Hilton
Grand Vacations

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | | 10/16/2015 | 361431 A | |
| CARD MEMBER NAME | | AUTHORIZATION | | INITIAL |
| HARRISON, GREGORY | | 96267D | | |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC. | | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | -176.60 | |
| X | | | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

BANKRUPTCY COSTS:  $193.33

Fwd: Scanned document from HP ePrint user

Page 1 of 1

From: Rob Crow ██████████████
To: Deborah Vitale ██████████████
Subject: Fwd: Scanned document from HP ePrint user
Date: Tue, Jan 19, 2016 12:08 pm
Attachments: filename-1.pdf (1050K)

Hi Deborah,

Here are my expenses from the Delaware trip last Friday.

Thanks,

Rob

———— Forwarded message ————
From: <eprintcenter@hp.com>
Date: Tue, Jan 19, 2016 at 12:04 PM
Subject: Scanned document from HP ePrint user
To: ██████████████████

This email and attachment are sent on behalf of ██████████████████

If you do not want to receive this email in future, you may contact ██████████████ directly or you may
consult your email application for spam or junk email filtering options.

Regards,
HP Team


—
Rob Crow, CDPE
RE/MAX Realty Group
http███████████████████
301-██████████



E-ZPass Maryland

HOME    FAQ's    CONTA

**E-ZPass**    MARYLAND

ON-THE-GO    SIGN UP NOW!    MY ACCOUNT    ABOUT E-ZPass    ROADS & TRAVEL    TOLL RATE CALCULATOR    PAY VIDEO TOLLS

January 19, 2016    MY ACCOUNT    ROBERT S. CR[...]gged in [Log

Overview
Account Profile
One-Time Payment
Update Credit Card
Vehicles & Transponders
Plans
Account Inquiries
Transactions
 - Statement View
 - Transaction View
 - Activity View
Pay Video Tolls

**Transactions**

Transaction Period 01/01/2016 - 01/19/2016

**Transactions View**  1 to 25 of 32

| Posting Date | Transaction Date | Transponder/Plate Number | Agency | Activity | Entry Time | Entry Plaza | Entry Lane / Toll Zone | Exit Time | Exit Plaza | Exit Lane / Toll Zone | Vehicle Class | Amount | Prepaid | Plan / Rate | Fare Type | Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/2016 | 01/15/2016 | 01601279235 | DelDot | TOLL | - | - | - | 13:02:38 | D95 | 41 | - | -$4.00 | Y | STANDARD | N | $7 |
| 01/18/2016 | 01/15/2016 | 01601279235 | DelDot | TOLL | - | - | - | 08:15:09 | D95 | 40 | - | -$4.00 | Y | STANDARD | N | $7 |
| 01/17/2016 | 01/16/2016 | 01601279235 | MdTA | TOLL | 11:42:22 | I14 | 002 | 11:44:32 | I06 | 002 | - | -$1.78 | Y | STANDARD | N | $3 |
| 01/17/2016 | 01/15/2016 | 01601279235 | MdTA | TOLL | 10:51:38 | I01 | 002 | 11:01:02 | I09 | 002 | - | -$2.28 | Y | STANDARD | N | $3 |
| 01/17/2016 | 01/15/2016 | 01601279235 | MdTA | TOLL | 14:09:32 | I14 | 003 | 14:19:09 | I02 | 002 | - | -$2.72 | Y | STANDARD | N | $7 |
| 01/17/2016 | 01/15/2016 | 01601279235 | MdTA | TOLL | 06:55:05 | I01 | 002 | 07:06:48 | I13 | 002 | - | -$3.52 | Y | STANDARD | N | $7 |
| 01/17/2016 | 01/17/2016 | - | MdTA | Prepaid Toll Dep | - | - | - | 08:16:51 | - | - | - | $35.00 | Y | - | - | $4 |
| 01/18/2016 | 01/14/2016 | 01601279235 | MdTA | TOLL | 15:44:22 | I14 | 002 | 15:51:33 | I06 | 003 | - | -$1.78 | Y | STANDARD | N | $ |
| 01/16/2016 | 01/14/2016 | 01601279235 | MdTA | TOLL | 13:07:04 | I05 | 002 | 13:14:17 | I13 | 002 | - | -$1.78 | Y | STANDARD | N | $1 |
| 01/15/2016 | 01/15/2016 | 01601279235 | MdTA | TOLL | - | - | - | 13:46:53 | FMT | 014 | 2 | -$3.00 | Y | STANDARD | N | $1 |
| 01/15/2016 | 01/15/2016 | 01601279235 | MdTA | TOLL | - | - | - | 08:00:55 | JFK | 011 | 2 | -$6.00 | Y | STANDARD | N | $1 |
| 01/15/2016 | 01/15/2016 | 01601279235 | MdTA | TOLL | - | - | - | 07:30:32 | FMT | 011 | 2 | -$3.00 | Y | STANDARD | N | $7 |
| 01/13/2016 | 01/10/2016 | 01601279235 | MdTA | TOLL | 13:22:58 | I14 | 002 | 15:25:15 | I10 | 002 | - | -$.89 | Y | STANDARD | N | $7 |
| 01/13/2016 | 01/10/2016 | 01601279235 | MdTA | TOLL | 11:51:17 | I07 | 004 | 11:55:59 | I13 | 002 | - | -$1.37 | Y | STANDARD | N | $7 |
| 01/13/2016 | 01/10/2016 | 01601279235 | MdTA | TOLL | 15:30:28 | I06 | 002 | 15:30:55 | I06 | 002 | - | -$.40 | Y | STANDARD | N | $7 |
| 01/11/2016 | 01/10/2016 | 01601279235 | MdTA | TOLL | 15:28:07 | I08 | 002 | 15:28:07 | I08 | 002 | - | -$.40 | Y | STANDARD | N | $7 |
| 01/11/2016 | 01/10/2016 | 01601279235 | MdTA | TOLL | 11:49:40 | I05 | 003 | 11:49:40 | I05 | 003 | - | -$.40 | Y | STANDARD | N | $7 |
| 01/07/2016 | 01/05/2016 | 01601279235 | DelDot | TOLL | - | - | - | 18:20:36 | D95 | 41 | - | -$4.00 | Y | STANDARD | N | $7 |
| 01/07/2016 | 01/07/2016 | - | MdTA | Prepaid Toll Dep | - | - | - | 00:57:33 | - | - | - | $35.00 | Y | - | - | $1 |
| 01/08/2016 | 01/05/2016 | 01601279235 | NJTP | TOLL | 15:59:29 | 13 | 13E | 16:03:39 | 1 | 16X | - | -$9.10 | Y | STANDARD | N | -$ |
| 01/06/2016 | 01/05/2016 | 01601279235 | ORBA | TOLL | - | - | - | 18:09:24 | DMB | 09 | - | -$4.00 | Y | STANDARD | N | $1 |
| 01/06/2016 | 01/04/2016 | 01601279235 | DelDot | TOLL | - | - | - | 14:54:01 | D95 | 40 | - | -$4.00 | Y | STANDARD | N | $1 |
| 01/06/2016 | 01/06/2016 | - | MdTA | Prepaid Toll Dep | - | - | - | 01:43:40 | - | - | - | $35.00 | Y | - | - | $1 |
| 01/05/2016 | 01/04/2016 | 01601279235 | NJTP | TOLL | 15:09:57 | 1 | 20E | 16:43:09 | 13 | 12X | - | -$9.10 | Y | STANDARD | N | -$2 |
| 01/05/2016 | 01/05/2016 | 01601279235 | MTAB&T | TOLL | - | - | - | 15:48:28 | VNB | 014 | - | -$16.00 | Y | STANDARD | N | -$1 |

[PDF ▾]    Download    Change Search Crit

Terms & Conditions | Site Map    © 2008 E-ZPass

CAR $ 131.05
GAS $ 24.04
PARK $ 11.00
TOLLS $ 27.24
$ 193.33 TOTAL

4.00
4.00
2.72
3.52
3.00
6.00
3.00
$ 27.24

RENTAL AGREEMENT   REF#
346067             3BM465

RENTER
CROW, ROBERT

DATE & TIME OUT.
01/14/2016  06:19 PM
DATE & TIME IN
01/15/2016  03:08 PM

BILLING CYCLE
24-HOUR

VEH #1 2016 DODG JOUR 1 SX4

MILES DRIVEN 682

SUMMARY OF CHARGES

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 01/14 – 01/15 | 1 | DAY | $74.00 | $74.00 |
| DW | 01/14 – 01/15 | 1 | DAY | $22.99 | $22.99 |
| PAI | 01/14 – 01/15 | 1 | DAY | $3.00 | $3.00 |
| RAP | 01/14 – 01/15 | 1 | DAY | $3.99 | $3.99 |
| SLP | 01/14 – 01/15 | 1 | DAY | $13.20 | $13.20 |
| REFUELING CHARGE | 01/14 – 01/15 | | | | $0.00 |
| | | | | Subtotal: | $117.18 |

| Taxes & Surcharges | | | | | |
|---|---|---|---|---|---|
| MARYLAND SALES TAX | 01/14 – 01/15 | | | 11.5% | $13.52 |
| VEHICLE LICENSE RECOVERY FEE | 01/14 – 01/15 | 1 | DAY | $0.35 | $0.35 |
| | | | Total Charges: | | $131.05 |

Total Amount Due                                      $0.00

PAYMENT INFORMATION
AMOUNT PAID     TYPE          CREDIT CARD NUMBER
$131.05         Visa          ███████████

Wilmington Parking
Authority

Gustom House
700 King St
19801 Wilmington
302-655-4442

Receipt 1390/5017/803  01/15/16 11:45:56
!!!!! Copy !!!!!

010100 Pay Parking Ticket    11.00 $
15/01/16 08:42 - 15/01/16 11:45
Length of stay: 0 Dy. 3 Hr. 3 Min.

Total Amount          11.00 $

Credit Visa           11.00 $
..............................
Visa

397
CROW/ROBERT       0
Customer No. ███████████
Amount = $ 11.00

Signature :   Cashier        / Customer

_____/_____

*******************************
**          Thank you        **
*******************************

WELCOME

T024652951-001
SUNOCO 0823802400
1907 VIERS MILL ROAD
ROCKVILLE   MD 2085

DATE.      01/14/16.
TIME       8:10 PM
AUTH# 04476C

VISA

PUMP    PRODUCT    PPG
07      UNLD     $1.999

GALLONS         TOTAL
12.024          $24.84

THANK YOU
HAVE A NICE DAY

# Exhibit 3

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------- x
                          :

In re                             :    Chapter 11
                          :

MOLYCORP, INC., *et al.*,[1]     :    Case No. 15-11357 (CSS)
                          :

          Debtors.        :    (Jointly Administered)
                          :
                          :

------------------------------------------------------- x

## SUPPLEMENT TO SECOND INTERIM FEE APPLICATION OF <u>YOUNG CONAWAY STARGATT & TAYLOR, LLP</u>

Young Conaway Stargatt & Taylor, LLP ("**YCS&T**" or the "**Firm**"), counsel to the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby supplements the *Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP* [Docket No. 1263] (the "**Second Interim Application**") for the period from October 1, 2015 through December 31, 2015 (the "**Application Period**") by attaching, as <u>Exhibits A</u> through <u>E</u> hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "**UST Guidelines**"). In addition, YCS&T respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

---

[1]        The Debtors are the following 21 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp, Inc. (1797); Industrial Minerals, LLC; Magnequench, Inc. (1833); Magnequench International, Inc. (7801); Magnequench Limited; Molycorp Advanced Water Technologies, LLC (1628); MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc. (8647); Molycorp Luxembourg Holdings S.à r.l.; Molycorp Metals & Alloys, Inc. (9242); Molycorp Minerals Canada ULC; Molycorp Minerals, LLC (4170); Molycorp Rare Metals Holdings, Inc. (4615); Molycorp Rare Metals (Utah), Inc. (7445); Neo International Corp.; PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); RCF IV Speedwagon Inc. (0845). Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000, Greenwood Village, Colorado 80111.

a.      During the Application Period, YCS&T did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b.      The fees sought by YCS&T in the First Interim Application are less than the fees budgeted pursuant to the original budget provided by YCS&T to the Debtors.

c.      The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

d.      The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e.      The time period covered by the First Interim Application includes approximately 10.20 hours with a value of $4,199.50 spent by YCS&T to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information.  This review and any revisions associated therewith are a necessary component of YCS&T's preparation of each monthly fee application.

      f.      The First Interim Application did not include any rate increases since the

effective date of the Court's approval of YCS&T's retention.

Dated: February 12, 2016
      Wilmington, Delaware
                    */s/ Justin H. Rucki*
                    M. Blake Cleary (No. 3614)
                    Edmon L. Morton (No. 3856)
                    Justin H. Rucki (No. 5304)
                    Ashley E. Jacobs (No. 5635)
                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                    Rodney Square
                    1000 North King Street
                    Wilmington, Delaware 19801
                    Telephone:  (302) 571-6600
                    Facsimile:  (302) 571-1253

                          -and-

                    Paul D. Leake
                    Lisa Laukitis
                    George R. Howard
                    JONES DAY
                    222 East 41st Street
                    New York, New York 10017
                    Telephone:  (212) 326-3939
                    Facsimile:  (212) 755-7306

                    Brad B. Erens
                    Joseph M. Tiller
                    JONES DAY
                    77 West Wacker
                    Chicago, Illinois 60601
                    Telephone:  (312) 782-3939
                    Facsimile:  (312) 782-8585

                    ATTORNEYS FOR DEBTORS

## **EXHIBIT A**

**CUSTOMARY AND COMPARABLE
COMPENSATION DISCLOSURES**

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Young Conaway's blended hourly rates for attorneys and paraprofessionals in the Corporate Counseling and Litigation, Business Planning and Transactions, and Intellectual Property Litigation sections of the Firm for the prior calendar year were as set forth below. Young Conaway believes that the services performed by those three sections of the Firm are comparable to the services performed in the Bankruptcy and Corporate Restructuring section. Also included below is 2015 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | **Billed** In comparable practice areas for preceding calendar year[2] | **Billed** Firm-wide for preceding calendar year[3] | **Billed** This Application |
| Partner | 744.59 | 584.23 | 663.62 |
| Counsel | 483.78 | 370.27 | N\A |
| Associate | 349.77 | 350.33 | 375.25 |
| Paralegal | 197.57 | 164.13 | 239.27 |
| **Aggregated:** | 495.65 | 425.44 | 480.46 |

---

[2] This column reflects the blended 2015 rates charge by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning and Transactions and Intellectual Property Litigation.

[3] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THE
FIRST INTERIM APPLICATION**

| Name | Title | Department | Date of First Admission | Hours Billed in the Application Period | Fees Billed in the Application Period ($) | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Robert S. Brady | Partner | Bankruptcy | 1990 | 1.2 | 954.00 | 795.00 |
| M. Blake Cleary | Partner | Bankruptcy | 1998 | 81.00 | 56,295.00 | 695.00 |
| Edmon L. Morton | Partner | Bankruptcy | 1999 | 198.10 | 128,765.00 | 650.00 |
| Justin H. Rucki | Associate | Bankruptcy | 2009 | 134.50 | 53,800.00 | 400.00 |
| Ashley E. Jacobs | Associate | Bankruptcy | 2011 | 82.70 | 27,704.50 | 335.00 |
| Debbie Laskin | Paralegal | Bankruptcy | | 81.90 | 20,475.00 | 250.00 |
| Melissa Romano | Paralegal | Bankruptcy | | 36.20 | 7,783.00 | 215.00 |
| **Totals** | | | | **615.60** | **295,776.50** | |

# **EXHIBIT C**

## **BUDGET AND STAFFING PLAN**

01:17867831.3

## YOUNG CONAWAY STARGATT & TAYLOR, LLP BUDGET & STAFFING PLAN

### Total Fees and Expenses Per Month

| October | November | December |
|---------|----------|----------|
| $170,575.00 | $212,075.00 | $250,475.00 |

### PROFESSIONAL RATES (Including any Changes)

| Professional | October ($) | November ($) | December ($) |
|---|---|---|---|
| Robert S. Brady | 795.00 | 795.00 | 795.00 |
| M. Blake Cleary | 695.00 | 695.00 | 695.00 |
| Edmon L. Morton | 650.00 | 650.00 | 650.00 |
| Justin H. Rucki | 400.00 | 400.00 | 400.00 |
| Ashley E. Jacobs | 335.00 | 335.00 | 335.00 |
| Brenda Walters | 255.00 | 255.00 | 255.00 |
| Debbie Laskin | 250.00 | 250.00 | 250.00 |
| Melissa Romano | 215.00 | 215.00 | 215.00 |

### BUDGETED HOURS

| Professional | October | November | December |
|---|---|---|---|
| Robert S. Brady | 5 | 5 | 5 |
| M. Blake Cleary | 50 | 75 | 90 |
| Edmon L. Morton | 75 | 90 | 110 |
| Justin H. Rucki | 75 | 90 | 110 |
| Ashley E. Jacobs | 50 | 75 | 90 |
| Brenda Walters | 20 | 20 | 20 |
| Debbie Laskin | 50 | 50 | 50 |
| Melissa Romano | 50 | 50 | 50 |
| Totals | 355 | 455 | 525 |

### BUDGETED FEES

| Professional | October ($) | November ($) | December ($) |
|---|---|---|---|
| Robert S. Brady | 3,975.00 | 3,975.00 | 3,975.00 |
| M. Blake Cleary | 34,750.00 | 52,125.00 | 62,500.00 |
| Edmon L. Morton | 48,750.00 | 58,500.00 | 71,500.00 |
| Justin H. Rucki | 30,000.00 | 36,000.00 | 44,000.00 |
| Ashley E. Jacobs | 16,750.00 | 25,125.00 | 30,150.00 |
| Brenda Walters | 5,100.00 | 5,100.00 | 5,100.00 |
| Debbie Laskin | 12,500.00 | 12,500.00 | 12,500.00 |
| Melissa Romano | 10,750.00 | 10,750.00 | 10,750.00 |
| Totals | 162,575.00 | 204,075.00 | 240,475.00 |

### BUDGETED EXPENSES

| | October ($) | November ($) | December ($) |
|---|---|---|---|
| Expenses | 8,000.00 | 8,000.00 | 10,000.00 |

*POSITION OF PROFESSIONAL*
*AREA OF LAW, YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE*

| PROFESSIONAL | POSITION OF PROFESSIONAL; AREA OF LAW, YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Robert S. Brady | Partner since 1998.  Bankruptcy.  Joined firm as an associate in 1990.  Member of DE Bar since 1990 |
| M. Blake Cleary | Partner since 2005.  Bankruptcy.  Joined firm as an associate in 1998.  Member of DE and PA Bars since 1997. |
| Edmon L. Morton | Partner since 2008.  Bankruptcy.  Joined firm as an associate in 1999.  Member of DE Bar since 1999. |
| Justin H. Rucki | Joined firm as an associate in 2009.  Bankruptcy.  Member of DE Bar since 2009. |
| Ashely E. Jacobs | Joined firm as an associate in 2011.  Bankruptcy.  Member of DE Bar since 2011. |
| Brenda Walters | Paralegal, Bankruptcy. |
| Debbie Laskin | Paralegal, Bankruptcy. |
| Melissa Romano | Paralegal, Bankruptcy. |

**<u>EXHIBIT D</u>**

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT**

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought($)** |
| Case Administration | 27.90 | 7,078.50 |
| Court Hearing | 145.00 | 77,722.50 |
| Cash Collateral | 0.90 | 241.50 |
| Schedules & Statements, U.S. Trustee Reports | 9.70 | 3,819.00 |
| Lease/Executory Contract Issues | 16.10 | 5,965.00 |
| Use, Sale or Lease of Property | 39.40 | 20,823.00 |
| Claims Analysis, Objections & Resolutions | 16.10 | 6,417.00 |
| Meetings | 3.60 | 1,565.00 |
| Stay Relief Matters | 13.50 | 5,745.50 |
| Other Adversary Matters | 7.40 | 4,016.50 |
| Plan and Disclosure Statement | 189.20 | 103,483.00 |
| Creditor Inquiries | 0.50 | 163.00 |
| Employee Matters | 45.40 | 22,199.50 |
| Retention of Professionals/ Fee Issues | 79.00 | 26,187.00 |
| Fee Application Preparation | 10.20 | 4,199.50 |
| Travel | 6.90 | 4,485.00 |
| Utility Services | 2.20 | 880.00 |
| Business Operations | 2.60 | 786.00 |
| **Totals** | **615.60** | **295,776.50** |

| SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY ($) | |
| --- | --- |
| **Category** | **Amount** |
| Federal Express | 128.74 |
| Filing Fees | 50.00 |
| Transcripts | 1,782.35 |
| Delivery | 323.00 |
| Car\Bus\Subway Travel | 364.00 |
| Working Meals | 3,400.91 |
| Extended Vendor Staffing | 8.25 |
| AP Duplication | 2,087.10 |
| Teleconference | 161.12 |
| Staff Overtime | 11.87 |
| Computerized Legal Research | 137.43 |
| Docket Retrieval | 316.60 |
| Total | 8,771.37 |

**<u>EXHIBIT E</u>**

**FIRST INTERIM APPLICATION SUMMARY**

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors |
| Time period covered by First Interim Application | October 1, 2015 through December 31, 2015 |
| Total compensation sought during the Application Period | $295,776.50 |
| Total expenses sought during the Application Period | $8,771.37 |
| Petition Date | June 25, 2015 |
| Retention Date | June 25, 2015 |
| Date of order approving employment | July 17, 2015 |
| Total compensation approved by interim order to date | $505,623.00 [D.I. 1087] |
| Total expenses approved by interim order to date | $31,268.40 [D.I. 1087] |
| Total allowed compensation paid to date | $726,318.50 |
| Total allowed expenses paid to date | $38,453.80 |
| Blended rate in the Second Interim Application for all attorneys | $537.72 |
| Blended rate in the Second Interim Application for all timekeepers | $480.46 |
| Compensation sought in the Second Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $220,695.50 [Oct.-Nov.] |
| Expenses sought in the Second Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $7,185.40 [Oct.-Nov.] |
| Number of professionals included in the Second Interim Application | 7 |
| If applicable, number of professionals in the Second Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted:  $607,125.00 Amt. Sought:  $295,776.50 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 1 |
| Are any rates higher than those approved or disclosed at retention? | No |

# Exhibit 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Suntech America, Inc., *et al.*, | Case No. 15-10054 (CSS) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 105, 106** |

**DECLARATION OF DONGXIA HANG, AS REPRESENTATIVE OF WUXI SUNTECH
POWER CO., LTD., CHAIRMAN OF THE COMMITTEE, IN SUPPORT OF
APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF SUNTECH AMERICA, INC., *ET AL.* TO RETAIN AND EMPLOY
SHEPPARD MULLIN RICHTER & HAMPTON LLP, AS LEAD COUNSEL,
AND PEPPER HAMILTON LLP, AS DELAWARE COUNSEL,
*NUNC PRO TUNC* TO JANUARY 22, 2015**

I, Dongxia Hang, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1.      This declaration is being submitted in support of the Applications (the "Applications") of the Official Committee of Unsecured Creditors of Suntech America, Inc. *et al.* (the "Committee") for Orders pursuant to 11 U.S.C. §§ 328(a) and 1103 authorizing and approving the Committee to Retain and Employ Sheppard Mullin Richter & Hampton LLP, as Lead Counsel, and Pepper Hamilton LLP, as Delaware counsel Nunc Pro Tunc to January 22, 2015.  Unless otherwise stated, I have personal knowledge of the facts set forth hereinafter.

2.      On January 22, 2015, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee.  The Committee is currently comprised of the following three members: (i) Gintech Energy Corp.; (ii) Wuxi Suntech Power Co., Ltd.; and (iii) The Solyndra Residual Trust.  That same day, the Committee interviewed various law firms who expressed an interest in serving as counsel to the Committee in these chapter 11 cases. During each interview, the Committee sought information with respect to each of the firms' bankruptcy and non-bankruptcy billing practices, hourly rates and experience.

-1-

3.    Ultimately, the Committee selected Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin") to serve as lead counsel to the Committee and Pepper Hamilton LLP ("Pepper Hamilton") to serve as its Delaware counsel.  Sheppard Mullin was selected to serve as lead counsel to the Committee based upon, among other things, its experience representing official committees in chapter 11 cases, including such cases before this Court, its expertise in bankruptcy law and its hourly rates.  Pepper Hamilton was selected to serve as Delaware counsel to the Committee based upon, among other things, its experience representing official committees in chapter 11 cases before this Court, its expertise in Delaware law and local bankruptcy practice, and its hourly rates.

4.    Based on the information received by the Committee, the Committee believes that the hourly billing rates and material terms of engagement proposed for each of Sheppard Mullin and Pepper Hamilton are compatible to each of their billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

5.    Indeed, prior to selecting Sheppard Mullin and Pepper Hamilton, the Committee discussed the hourly billing rates of other firms and compared them to the rates of Sheppard Mullin and Pepper Hamilton.  In addition, the Committee confirmed that, for each of Sheppard Mullin and Pepper Hamilton: (i) the attorneys staffed to this engagement will not be charging a premium or in any way increasing their hourly rates over the fees charged to non-bankruptcy clients; and (ii) the material terms for the engagement of each firm are comparable to terms of other comparably skilled professionals who the Committee interviewed.

6.    Throughout this case, the Committee will supervise the fees and expenses of each of Sheppard Mullin and Pepper Hamilton to manage costs.  In particular, the Committee will review the invoices issued and applications filed for payment of fees and reimbursement of

expenses by each of Sheppard Mullin and Pepper Hamilton.  The Committee understands that both Sheppard Mullin and Pepper Hamilton historically increase their hourly billing rates for their respective professionals and paraprofessionals periodically, typically January 1 of each calendar year, and may do so in connection with this engagement.  The Committee has consented to such ordinary course rate increases.

7.     The Committee has approved Sheppard Mullin's proposed rates and staffing plan.  The Committee has been advised that the Sheppard Mullin attorneys and paraprofessionals staffed on this case, subject to modification depending upon further development, are as set forth below:

| Name | Title | Hourly Rate |
|---|---|---|
| Craig A. Wolfe | Partner | $690 |
| Malani J. Cademartori | Partner | $685 |
| Evan Zisholtz | Associate | $610 |
| Shantel D. Watters | Law Clerk | $335 |

8.     The Committee has approved Pepper Hamilton's proposed rates and staffing plan.  The Committee has been advised that the Pepper Hamilton attorneys and paraprofessionals staffed on this case, subject to modification depending upon further development, are as set forth below:

| Name | Title | Hourly Rate |
|---|---|---|
| David M. Fournier | Partner | $720 |
| Donald J. Detweiler | Partner | $680 |
| John H. Schanne II | Associate | $425 |
| Christopher A. Lewis | Paralegal | $275 |

9.      The Committee intends to work closely with Sheppard Mullin and Pepper Hamilton to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates in connection with representation of the Committee.

10.      Based on the foregoing, the Committee is of the opinion that it is necessary and appropriate to employ Sheppard Mullin and Pepper Hamilton and that such employment is in the best interest of the Committee and the Debtors' estates.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Dated: February 20, 2015
     New York, New York

SCHIFF HARDIN LLP,
*Attorneys for Wuxi Suntech Power Co. Ltd., in its capacity as Committee Chairperson and not in its individual capacity*

/s/ Louis T. Delucia
Louis T. Delucia
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 753-5000
Facsimile: (212) 753-5044
Email: ldelucia@schiffhardin.com

# Exhibit 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Optim Energy, LLC, *et al.*, | Case No. 14-10262 (BLS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: D.I. 375** |

### SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS DELAWARE BANKRUPTCY CO-COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD <u>FEBRUARY 12, 2014 THROUGH APRIL 30, 2014</u>

Morris, Nichols, Arsht & Tunnell LLP ("<u>Morris Nichols</u>"), co-counsel to the above-captioned debtors and debtors in possession (the "<u>Debtors</u>"), hereby supplements the *First Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred* (the "<u>First Interim Application</u>")[2] [D.I. 375] for the period from February 12, 2014, through April 30, 2014 (the "<u>Application Period</u>") by attaching, as **<u>Exhibit A</u>** hereto, its disclosure form relating to customary and comparable blended compensation in compliance with the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "<u>UST Guidelines</u>"). In addition, Morris Nichols respectfully states as follows:

---

[1]    The Debtors in these chapter 11 cases are: Optim Energy, LLC; OEM 1, LLC; Optim Energy Cedar Bayou 4, LLC; Optim Energy Altura Cogen, LLC; Optim Energy Marketing, LLC; Optim Energy Generation, LLC; Optim Energy Twin Oaks GP, LLC; Optim Energy Twin Oaks, LP. The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: c/o Competitive Power Ventures, Inc., 8403 Colesville Road, Suite 915, Silver Spring, MD 20910.

[2]    Capitalized terms used but not defined herein shall have the meaning given to them in the First Interim Application.

1.      The following statements address the questions required under section C.5 of the UST Guidelines:

     a.   During the Application Period, Morris Nichols did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

     b.   The total fees sought in the First Interim Application were not higher as compared to the fees budgeted for the time period covered by the First Interim Application.

     c.   The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

     d.   The First Interim Application includes approximately 2.8 hours and $794.50 in time and fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.  In preparing its fee applications, Morris Nichols has made extensive edits to the invoices so as to comply with the UST Guidelines.  These edits are a necessary part of Morris Nichols' preparation of each monthly fee application.

     e.   The First Interim Application includes approximately 3.3 hours and $870.00 in time and fees dedicated to reviewing time records to redact any privileged or other confidential information.  In the course of application and invoice preparation, Morris Nichols has edited various entries so as not to disclose confidential information.

     f.   The First Interim Application did not include any rate increases since retention.

2.      Pursuant to section C.3 of the UST Guidelines, Morris Nichols' hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys.   In addition, Morris Nichols' hourly rates for bankruptcy services are comparable to the rates charged by Morris Nichols, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.   By way of example, Morris Nichols' blended hourly rates for attorneys and paraprofessionals (excluding Chapter 11 representations) in all departments of the firm for the 12-month period beginning on July 1, 2013 and ending on June 30, 2014 are set forth in **Exhibit A** attached hereto.[3]   The complexity of these chapter 11 cases should be considered when comparing the firm-wide rates to the blended hourly rate for timekeepers rendering services during the Application Period on behalf of the Debtors.

3.      During the Application Period, Morris Nichols had the following blended hourly rates for all attorneys and all timekeepers applicable to the First Monthly Fee Application [D.I. 267]:

> a.   All Attorneys Blended Rate: $491.41
>
> b.   All Timekeepers Blended Rate: $438.63

4.      During the Application Period, Morris Nichols had the following blended hourly rates for all attorneys and all timekeepers applicable to the Second Monthly Application Fee [D.I. 314]:

> a.   All Attorneys Blended Rate: $464.28

---

[3]      Morris Nichols has voluntarily provided the information requested by section C.3 of the UST Guidelines at this time, but does not concede or admit that the requested information is necessary, appropriate, or relevant to the U.S. Trustee's review of the First Interim Application.  Morris Nichols fully reserves all rights with respect to any future requests to disclose such information in this or any other case, and in no way should Morris Nichols' voluntary disclosure at this time be construed as binding on Morris Nichols in the future.

     b.  All Timekeepers Blended Rate: $426.16

    5.     During the Application Period, nine (9) Morris Nichols professionals and paraprofessionals billed less than fifteen (15) hours.

Dated:   August 21, 2014          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
         Wilmington, Delaware

                                 */s/ William M. Alleman, Jr.*
                                 Robert J. Dehney (No. 3578)
                                 William M. Alleman, Jr. (No. 5449)
                                 Christopher M. Hayes (No. 5902)
                                 1201 North Market Street, 16th Floor
                                 P.O. Box 1347
                                 Wilmington, Delaware 19899
                                 Telephone: (302) 658-9200
                                 Facsimile: (302) 658-3989

                                 *Counsel for the Debtors and Debtors in Possession*

# **Exhibit A**

## **Voluntary Rate Disclosures**

- The blended hourly rate for all Morris Nichols timekeepers (including both professionals and paraprofessionals) who billed to matters excluding chapter 11 representations (collectively, the "Non-Chapter 11 Matters")[1] during the 12-month period beginning on July 1, 2013 and ending on June 30, 2014 (the "Comparable Period") was, in the aggregate, approximately **$479.19** per hour.[2]

- A detailed comparison of these rates is as follows:

| Position at Morris Nichols | Blended Hourly Rate for Application Period | Blended Hourly Rate Non-Chapter 11 Matters |
|---|---|---|
| Partner | $745.60 | $631.30 |
| Counsel | $510.00 | $415.35 |
| Associate | $359.80 | $361.42 |
| Paralegal | $250.00 | $231.89 |
| Case Clerk | $145.00 | $138.11 |

---

[1]     It is the nature of Morris Nichols' practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Morris Nichols' Business Reorganization and Restructuring Group.  Accordingly, Non-Chapter 11 Matters consists of matters for which Morris Nichols timekeepers represented a client in a matter *other than* court-approved chapter 11 representations.  The Non-Chapter 11 Matters include time billed by Morris Nichols timekeepers who work within Morris Nichols' Business Reorganization and Restructuring Group.

[2]     Morris Nichols calculated the blended rate for Non-Chapter 11 Matters by dividing the *total dollar amount* billed by Morris Nichols timekeepers to Non-Chapter 11 Matters during the Comparable Period by the *total number of hours* billed by such Morris Nichols timekeepers to Non-Chapter 11 Matters during the Comparable Period.

# Exhibit 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, LLC and ITC Cellular, LLC,[1] | Case No. 14-11605 (KG) |
| Debtors. | (Joint Administration Requested) |

**Objection Deadline: Dec. 9, 2015 @ 4:00 p.m. (ET)**
**Hearing Date: Dec. 14, 2015 @ 11:00 a.m. (ET)**

## COVER SHEET FOR:
## SECOND INTERIM FEE APPLICATION OF
## CHIPMAN BROWN CICERO & COLE, LLP

| | |
|---|---|
| Name of Applicant: | Chipman Brown Cicero & Cole, LLP |
| Retention/Petition Dates: | Retention Order Entered July 28, 2014, *Nunc Pro Tunc* to June 30, 2014 (Petition Date) |
| Authorized to Provide Professional Services to: | Debtors |
| Period for which compensation and Reimbursement is sought: | October 1, 2014 – September 30, 2015 |
| Total Compensation sought this period: | $6,557.00 |
| Total Expense Reimbursement sought this period: | $271.69 |
| Total compensation approved by interim order to date: | $10,469.00 |
| Total expenses approved by interim order to date: | $276.59 |
| Total allowed compensation paid to date: | $13,845.40 |
| Total allowed expenses paid to date: | $369.40 |
| Blended rate in this application for all attorneys: | $497.99 |

[1] The Debtors in these Chapter 11 Cases (as defined herein), along with the last four (4) digits of each Debtor's federal tax identification number, are: MIG, LLC. (5301) and ITC Cellular, LLC (4611).

| | |
|---|---|
| Blended rate in this application for all timekeepers: | $331.16 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $3,376.40 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $92.81 |
| Number of professionals included in this application: | 4 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 4 |
| Are any rates higher than those approved and disclosed at retention? If yes, calculate and disclosure the total compensation sought in this application using the rates originally disclosed in the retention. | No |

This is a(n)_X__interim _____ monthly ____ final fee application.

### Previously Filed Monthly Fee Applications

| Interim Fee Application Period, Dated Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date and Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 06/30/2014-07/31/2014 08/21/2014 Docket No. 122 | $8,324.00 | $73.22 | 09/15/2014 Docket No. 141 | $6,659.20 | $73.22 | $1,664.80 |
| 08/01/2014-09/30/2014 10/24/2014 Docket No. 192 | $2,145.00 | $203.37 | 11/18/2014 Docket No. 192 | $1,716.00 | $203.37 | $429.00 |
| 10/01/2014-10/31/2014 11/20/2014 [Docket No. 229] | $4,220.50 | $92.81 | 12/15/2014 Docket No. 265 | $3,376.40 | $92.81 | $844.10 |
| 11/01/2014-09/30/2015 11/18/2015 [Docket No. 534] | $2,336.50 | $178.88 | Can be filed on 12/11/2015 | $1,869.20 | $178.88 | $467.30 |
| **TOTALS** | **$17,026.00** | **$548.28** | | **$13,620.80** | **$548.28** | **$3,405.20** |

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines ¶ C.3 for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | BILLED Firm or offices for preceding year, excluding bankruptcy[1] | BILLED In this fee application |
| Partner | $457.92 | $623.20 |
| Of Counsel | $0 | $0 |
| Associate | $285.39 | $265.00 |
| Paralegal | $217.56 | $225.00 |
| Legal Assistant | $180.00 | $0 |
| All timekeepers aggregated | $389.93 | $331.16 |

Case Name and Number: MIG, LLC and ITC Cellular, LLC    Case No. 14-11605 (KG)
Applicant's Name: Chipman Brown Cicero & Cole, LLP
Date of Application: November 18, 2015
Interim or Final: Interim

---

[1]   Chipman Brown has excluded all estate-billed bankruptcy engagements in calculating the preceding year blended hourly rates for the fiscal period ending July 31, 2014. Chipman Brown did not increase its hourly rates during the prior fiscal year. For purposes of this Application, Chipman Brown assumes that it constitutes a law firm practicing primarily in bankruptcy.

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| TIMEKEEPER/TITLE/ POSITION | DATE OF FIRST ADMISSION/STATE OF ADMISSION | FEES BILLED In this Application | HOURS BILLED In this Application | HOURLY RATE BILLED In this Application | HOURLY RATE BILLED In 1st Interim Application | NUMBER OF RATE INCREASES Since Case Inception |
|---|---|---|---|---|---|---|
| Adam D. Cole Partner | 1991/New York | $3,000.00 | 4.8 | $625.00 | n/a | 0 |
| William E. Chipman, Jr. Partner | 1999/Delaware | $119.00 | 0.2 | $595.00 | n/a | 0 |
| Ann M. Kashishian Associate | 2011/Delaware | $715.50 | 2.7 | $265.00 | $265.00 | 0 |
| Kristin McCloskey Paralegal | n/a | $2,722.50 | 12.1 | $225.00 | $225.00 | 0 |
| | | | | | | |
| TOTALS FOR ALL TIMEKEEPERS | | $6,557.00 | 19.8 | | | |
| | | | | | | |
| Blended Rate: $331.16 | | | | | | |

**MIG, LLC Chapter 11 Case No. 14-11605**

**Chipman Brown Cicero & Cole Budget & Staffing Plan**

Not applicable. For efficiency purposes, at the outset of the case, Chipman Brown and the Debtors agreed to create a budget and staffing plan after Chipman Brown received its first role as conflicts counsel.

## SUMMARY OF EXPENSES REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies | | $95.10 |
| Postage | | $50.19 |
| Research | (West Law) | $0 |
| PACER | | $6.40 |
| Hand Deliveries | (DLS; Reliable; Parcels) | $120.00 |
| Overnight Mail | (Federal Express) | $0 |
| Court Call | | $0 |
| | | |
| TOTALS: | | $271.69 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, LLC and ITC Cellular, LLC,[1] | Case No. 14-11605 (KG) |
| Debtors. | (Joint Administration Requested) |
| | **Objection Deadline: Dec. 9, 2015 @ 4:00 p.m. (ET)** |
| | **Hearing Date:  Dec. 14, 2015 @ 11:00 a.m. (ET)** |

## SECOND INTERIM FEE APPLICATION
## OF CHIPMAN BROWN CICERO & COLE, LLP

Chipman Brown Cicero & Cole, LLP ("**Chipman Brown**"), conflicts counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby submits this *Second Interim Fee Application of Chipman Brown Cicero & Cole, LLP* (the "**Application**") for allowance of compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 330 and 331 for legal services performed during the period commencing October 1, 2014 through and including September 30, 2015 (the "**Application Period**"). In support thereof, Chipman Brown respectfully represents as follows:

## RELIEF REQUESTED

1.     By this Application, Chipman Brown seeks interim approval and allowance of its compensation for legal services and reimbursement of expenses incurred during the Application Period, including authorization for the Debtors to pay $1,311.40 in fees, representing the 20% holdback of fees (the "**Holdback Amount**"), in accordance with that certain *Administrative Order Establishing Procedures for Final, Interim, and Monthly Compensation and Reimbursement of Expenses of Professionals Retained in These Chapter 11 Cases and Reimbursement of Expenses of Committee Members Appointed in These Chapter 11 Cases* (the

---

[1]     The Debtors in these Chapter 11 Cases (as defined herein), along with the last four (4) digits of each Debtor's federal tax identification number, are: MIG, LLC. (5301)  and ITC Cellular, LLC (4611).

"**Interim Compensation Order**") [Docket No. 78].

2.      Chipman Brown has filed and served monthly fee applications and accompanying Certifications of Adam D. Cole and William E. Chipman, Jr. for the periods covering October 1, 2014 through and including September 30, 2015 (collectively, the "**Monthly Fee Applications**"). Each of the Monthly Fee Applications is incorporated by reference as if fully set forth herein.

3.      A summary of the hours spent, the names of each Chipman Brown professional and paraprofessional rendering services to the Debtors during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Chipman Brown attorneys rendering services to the Debtors is attached to each of the Monthly Fee Applications as Exhibit A. A copy of the computer generated time entries reflecting the time recorded for these services, organized in project billing categories in accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**New UST Guidelines**"), is attached to each of the Monthly Fee Applications as Exhibit B.  A statement of expenses incurred by Chipman Brown during the Application Period is attached to each of the Monthly Fee Applications as Exhibit C. All time entries and requested expenses are in compliance with Local Rule 2016-2.[2]

---

[2]    Chipman Brown has also attempted to ensure that this Application complies with the New UST Guidelines.  To the extent that the Guidelines conflict with the Local Rules, in particular, Local Rule 2016-2, Chipman Brown has chosen to comply with such Local Rule. Chipman Brown will supplement this Application with additional detail or information upon request.

## COMPENSATION REQUESTED

4.      Chipman Brown seeks interim allowance of fees in the amount of $6,557.00 for legal services rendered and reimbursement of expenses in the amount of $271.69, which were incurred during the Application Period (collectively, the "**Requested Amount**").  In addition, Chipman Brown requests that the Debtors be authorized to pay the Holdback Amount of $1,311.40.

## NOTICE

5.      No trustee or examiner has been appointed in these chapter 11 cases. Notice of this Application has been given to (a) the Debtors; (b) lead counsel to the Debtors; (c) the Office of the United States Trustee for the District of Delaware; (d) counsel to the Indenture Trustee; (e) counsel to the Ad Hoc Committee of MIG Noteholders; and, (f) all parties required to be given notice pursuant to the Interim Compensation Order.  In light of the nature of the relief requested herein, Chipman Brown submits that no further or other notice is required.

WHEREFORE, Chipman Brown respectfully requests that the Court (i) grant the Application and (ii) grant such further relief as is just and proper.

Dated:  November 18, 2015
        Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

William E. Chipman, Jr. (No. 3818)
1007 North Orange Street, Suite 1110
Wilmington, Delaware  19801
Telephone:     (302) 295-0191
Facsimile:      (302) 295-0199
Email: chipman@chipmanbrown.com

3

-and-

Adam D. Cole
Chipman Brown Cicero & Cole, LLP
501 5th Avenue, 15th Floor
New York, New York  10017
Telephone:  (646) 685-8363

Email:  cole@chipmanbrown.com

*Conflicts Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, LLC and ITC Cellular, LLC,[1] | Case No. 14-11605 (KG) |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATION OF WILLIAM E. CHIPMAN, JR.

William E. Chipman, Jr., an attorney-at-law, duly admitted in good standing to practice in the State of Delaware hereby certifies that:

1.    I am a partner with the firm of Chipman Brown Cicero & Cole, LLP ("**Chipman Brown**") and I am duly authorized to make this Certification on behalf of Chipman Brown. Chipman Brown was retained by the Debtors as conflicts counsel pursuant to an order of this Court. This certification is made in support of the *Second Interim Fee Application of Chipman Brown Cicero & Cole, LLP* (the "**Application**") in compliance with Local Rule 2016-2 (the "**Rule**") of this Court, and with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**New UST Guidelines**").

2.    I have read the Application and I certify that the Application substantially complies with the Rule and the New UST Guidelines.

Dated: November 18, 2015

William E. Chipman, Jr.

---

[1]    The Debtors in these Chapter 11 Cases (as defined herein), along with the last four (4) digits of each Debtor's federal tax identification number, are: MIG, LLC. (5301) and ITC Cellular, LLC (4611).

## <u>CERTIFICATE OF SERVICE</u>

I, David L. Finger, hereby certify that on this 30th day of June, 2016, I caused

the foregoing document to be sent via hand-delivery, in addition to electronic service

via email and CM/ECF to the below-listed counsel of record:


Joseph B. Cicero, Esq.
Stephanie S. Habelow, Esq.
Chipman Brown Cicero & Cole, LLP
1313 N. Market St., #5400
Wilmington, DE 19801


/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801-1186
(302) 573-2525
dfinger@delawgroup.com