# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | DIAMONDHEAD CASINO CORPORATION |
| **Case Number:** | 15-11647-LSS    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 18, 2016 10:00 AM    CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | CACIA BATTS |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

MOTION FOR DAMAGES FOR CREDITOR MISCONDUCT /FOR AN AWARD OF FEES AND EXPENSES AND PUNITIVE DAMAGES FILED BY DIAMONDHEAD CASINO CORPORATION.

**R / M #:** 93 / 0

## *Appearances:*

DAVID L. FINGER, ATTORNEY FOR DIAMONDHEAD CASINO CORPORATION

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Under Advisement