# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Laurie Selber Silverstein**
**#2**

Calendar Date: 08/30/2016
Calendar Time: 03:30 PM ET

*Amended Calendar 08/30/2016 11:24 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Diamondhead Casino Corporation | 15-11647 | Hearing | 7815397 | William E. Chipman | (302) 295-0191 | Chipman Brown Cicero & Cole, LLP | Creditor, Petitioning Creditors / LIVE |
| | | Diamondhead Casino Corporation | 15-11647 | Hearing | 7815405 | Joseph B. Cicero | (302) 295-0191 | Chipman Brown Cicero & Cole, LLP | Creditor, Petitioning Creditors / LIVE |
| | | Diamondhead Casino Corporation | 15-11647 | Hearing | 7815288 | David Finger | 302-573-2525 | Finger & Slanina | Debtor, Diamondhead Casino Corporation / LIVE |
| | | Diamondhead Casino Corporation | 15-11647 | Hearing | 7815505 | David Gerardi | (302) 573-6491 | Office of the United States Trustee | U.S. Trustee, United States Trustee / LIVE |
| | | Diamondhead Casino Corporation | 15-11647 | Hearing | 7815298 | Deborah A. Vitale | (302) 884-6766 | Finger & Slanina | Client, Deborah Vitale / LISTEN ONLY |

Raymond Reyes ext. 881    Copyright © 2016 CourtCall, LLC. All Rights Reserved.