# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Involuntary Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 15-11647 (LSS) |
| Alleged Debtor. | Re: Dkt. Nos. 93 & 94 |

## ORDER

Upon consideration of the *Motion of Diamondhead Casino Corporation for an Award of Fees and Expenses and Punitive Damages* [Dkt. No. 93] and the *Petitioning Creditors' Opposition to Diamondhead Casino Corporation's Motion for an Award of Fees and Expenses, and Punitive Damages* [Dkt. No. 94], and for the reasons stated in the August 30, 2016 bench ruling,

**IT IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** under 11 U.S.C. § 303(i)(1) in favor of Diamondhead Casino Corporation and against David A. Cohen, DDM Holdings, LLC, Robert F. Skaff Jr., F. Richard Stark, Arnold J. Sussman, and David J. Towner, jointly and severally, in the amount $54,886.13.

Dated: August 31, 2016

Laurie Selber Silverstein
United States Bankruptcy Judge