# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Nicki | Date Created: 8/31/2016 |
| Case: 15−11647−LSS | Form ID: pdfjo | Total: 16 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | David L. Finger | dfinger@delawgroup.com |
| aty | John H. Genovese | jgenovese@gjb−law.com |
| aty | Joseph B. Cicero | Cicero@chipmanbrown.com |
| aty | Mark D. Olivere | olivere@chipmanbrown.com |
| aty | Stephanie S Habelow | habelow@chipmanbrown.com |
| aty | William E. Chipman, Jr. | chipman@chipmanbrown.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Diamondhead Casino Corporation | 1013 Princess Street | Alexandra, Va 22314 | |
| ptcrd | David A. Cohen | 7824 Hidden Meadow Terrace | Potomac, MD 20854 | |
| ptcrd | Arnold J. Sussman | 6912 Carmichael Avenue | Bethesda, MD 20817 | |
| ptcrd | F. Richard Stark | 11008 Spring House Court | Potomac, MD 20854 | |
| intp | The Corporation Trust Company | 1209 Orange Street | Wilmington, DE 19801 | |
| intp | David J. Towner | 5 Runawit Rd. | Exeter, NH 03833 | |
| cr | DDM Holdings, LLC | c/o Chipman Brown Cicero & Cole, LLP | 1007 North Orange Street | Suite 1110   Wilmington, DE 19801 UNITED STATES |
| 9725966 | David J. Towner | 5 Runawit Rd. | Exeter, NH 03833 | |
| 9725499 | Robert F. Skaff Jr. | 171 Woodland Road | Hampton, NH 03842 | |

TOTAL: 9