# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Involuntary Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 15-11647 (LSS) |
| Alleged Debtor. | Re: Dkt. Nos. 93, 94, 98 |

## AMENDED ORDER[1]

Upon consideration of the *Motion of Diamondhead Casino Corporation for an Award of Fees and Expenses and Punitive Damages* [Dkt. No. 93] and the *Petitioning Creditors' Opposition to Diamondhead Casino Corporation's Motion for an Award of Fees and Expenses, and Punitive Damages* [Dkt. No. 94], and for the reasons stated in the August 30, 2016 bench ruling,

**IT IS HEREBY ORDERED THAT JUDGMENT IS ENTERED** under 11 U.S.C. § 303(i)(1) in favor of Diamondhead Casino Corporation and against David A. Cohen, DDM Holdings, LLC, Robert F. Skaff Jr., F. Richard Stark, Arnold J. Sussman, and David J. Towner, jointly and severally, in the amount $54,886.13.

**IT IS HEREBY FURTHER ORDERED THAT** the amounts set forth herein, and payment thereof, are not subject to any claim of setoff.

Dated: September 1, 2016

Laurie Selber Silverstein
United States Bankruptcy Judge

---

[1] This Order amends and supercedes the Order at Docket Number 98.